# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jane Doe 1, et al.

                        Plaintiff,

v.                                              Case No.: 1:18−cv−03054

                                                    Honorable Ronald A. Guzman

City of Chicago

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held. Fact and expert discovery have been completed. The Court has previously held settlement discussions with the parties jointly and separately, but the Court and the parties determined that the matter was not yet ripe for an in−person settlement conference. Counsel shall jointly contact the magistrate judge's courtroom deputy if and when the parties are ready to schedule a settlement conference. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.