# EXHIBIT U

# DECLARATION OF MARY SHERIDAN

# WITH EXHIBITS 1-3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, | |
| Plaintiffs, | No. 1:18-cv-03054 |
| v. | |
| | Judge Ronald A. Guzman |
| CITY OF CHICAGO, a municipal Corporation, | Magistrate Judge Sunil R. Harjani |

### DECLARATION OF MARY SHERIDAN

I, Mary Sheridan, have personal knowledge of the facts set forth herein, and state as follows:

1.      I am the Assistant Deputy Fire Commissioner for the City of Chicago Fire Department. I have held this position since 2015.  The Chicago Fire Department currently has approximately 4,775 employees.

2.      I am familiar with the Chicago Fire Department's General Orders that establish Departmental policies and procedures, including policies and procedures prohibiting all forms of unlawful discrimination, sexual harassment and retaliation.

3.      CFD paramedics and paramedics-in-charge ("PICs") are members of a Union, known as the Chicago Firefighters' Union, Local 2, and are subject to the Union's Collective Bargaining Agreement ("CBA") which establishes the procedures for promotions and discipline, up to and including termination.  The CBA also governs the pay and benefits for paramedics and PICs.

4.      Pursuant to the Collective Bargaining Agreement, all union employees have a due process right to file a grievance regarding any grievance or dispute which may arise between the parties including a termination or suspension decision. Parties additionally have the right to invoke arbitration, under the terms provided for in the CBA, in order to resolve pending grievances. Sections 5.1, 5.3, 9.1, and 9.3 from the CBA discussing pay, seniority, and promotions for CFD Paramedics and PICs are attached as Exhibit 1.

5.      A normal paramedic or PIC schedule consists of 24 hours on-duty followed by 72 hours off-duty, which amounts to approximately seven or eight days of work per month, on average.

1

6.      True and correct copies of the Paramedic and PIC job descriptions are attached as Exhibits 2 and 3, respectively.

7.      CFD's policies prohibit sexual harassment. CFD General Order 13-010, which was in effect from April 17, 2013 through October 30, 2018, provides that "[e]ach employee has the right to work in an environment free of sexual harassment." A true and correct copy of General Order 13-010 is attached as Exhibit 4.

8.      CFD's policies also adopt the City's Diversity and Equal Employment Opportunity Policy as CFD's Sexual Harassment Policy and Procedure. The City's 2013 Diversity and Equal Employment Opportunity Policy is attached as Exhibit 5.

9.      The City's Diversity and Equal Employment Opportunity Policy, as adopted by the CFD, specifically prohibits any form of sexually suggestive pictures or graffiti in the workplace, the sending of sexually suggestive email or text messages, or accessing sexually suggestive sites on the internet. *See* Exhibit 5.

10.      The City's EEO Division, which is contained within the Department of Human Resources, is responsible for investigating complaints related to discrimination, harassment, or retaliation. *See* Exhibit 5.

11.      A copy of GO 13-006, CFD's "Discrimination/Harassment Investigation Policy and Procedures" is attached as Exhibit 6.

12.      GO 13-006 provides that an employee may file a complaint of discrimination, harassment and/or retaliation in accordance with the City EEO Policy, including through notification to CFD supervisors, CFD's EEO Liaison (the Deputy Commissioner of CFD Human Resources), City of Chicago Department of Human Resources, or through the appropriate union grievance procedure.

13.      GO 13-006 further states that a complaint of discrimination or harassment must be filed within one year of the date of the last alleged act of discrimination or harassment. *See* Exhibit 6.

14.      A copy of GO -13-011, CFD's "Investigation/Disciplinary Procedures" is attached as Exhibit 7. Other disciplinary issues not concerning EEO issues, including allegations of violations of the Code of Professional Conduct, are investigated by the CFD's Internal Affairs Division. GO 13-011 lays out the process by which an accused has the right to submit a rebuttal to any discipline (including a termination), which is then reviewed by the Discipline Officer.

15.      On October 30, 2018, CFD issued Departmental Memo M-015-18 in order to change the CFD EEO Liaison to the Internal Affairs Director. A copy of this Memo is attached as Exhibit 8.

16.      CFD also updated and re-issued its General Orders related to sexual harassment on October 30, 2018.

2

17.    A copy of GO 18-010, CFD's "Sexual Harassment Policy" General Order, is attached as Exhibit 9. GO 18-010 provides that "[e]ach employee has the right to work in an environment free of sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers.

18.    A copy of GO 18-008, CFD's "Discrimination/Harassment Investigation Policy and Procedures" is attached as Exhibit 10.

19.    The CFD's 2018 General Orders, including 18-010 and 18-008, continue to adopt the City of Chicago's Diversity and Equal Employment Opportunity Policy as CFD's policies. A copy of the City's current Diversity and Equal Employment Opportunity Policy is attached as Exhibit 11.

20.    The Chicago Fire Department works to separate employees when there are allegations of harassment, including sexual harassment.

21.    I was personally involved in initiating transfers of Richard Raney and George Bedon, following the receipt of complaints.

22.    After JD 1 complained about Richard Raney, I was personally involved in overseeing that Howd was moved to a different ambulance, under the command of Field Chief Patrick Fitzmaurice. This was done in order to make sure that she was not under the command of Raney. Raney was also transferred to another location in Englewood to create distance between Howd and Raney.

23.    A copy of my November 9, 2017 email communication reflecting the decision to transfer Richard Raney is attached as Exhibit 12.

24.    A copy of my November 10, 2017 email communication reflecting the decision to transfer George Bedon is attached as Exhibit 13.

25.    Field Chiefs do not have the authority to hire or fire paramedics or PICs, decide whether they will be promoted, and are not authorized to reassign them to another ambulance, transfer them to a position with significantly different responsibilities, or cause a significant change in benefits.

26.    Richard Raney resigned from CFD on October 15, 2018.

I declare, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

3

Executed on November 19, 2019

Mary Mueller 15723
Ass't Dep Fire Commr
Chicago Fire Dept

4

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 1

*LABOR CONTRACT*

*BETWEEN*

*CHICAGO FIRE FIGHTERS UNION, LOCAL NO. 2,*

*AND*

*THE CITY OF CHICAGO, ILLINOIS*



The Executive Board having come to an agreement with the City of Chicago as to the items for negotiations, recommends and supports ratification of the contract.

**July 1, 2012 – June 30, 2017**

DOE.DEF.000003

ARTICLE V. WAGES AND RATES OF PAY

Section 5.1 - Annual Salary Schedule

A.    Effective July 1, 2012, the annual salaries of the members of the bargaining unit shall be paid pursuant to the salary schedule attached hereto and made part of this Agreement and identified as Appendix B.

B.  (a) The following wage changes will be instituted:

1.  Effective July 1, 2012, a 2% increase.
2.  Effective January 1, 2013, a 2% increase.
3.  Effective January 1, 2014, a 2% increase.
4.  Effective January 1, 2015, a 1% increase.
5.  Effective January 1, 2016, a 1% increase.
6.  Effective July 1, 2016, a 2% increase.
7.  Effective January 1, 2017 a 1% increase.

(b) The increases will be retroactive to the dates specified and be applicable to all salary-related items. Retroactivity for these increases will be applicable to all persons on the payroll at any time on or after July 1, 2012.

(c ) During the term of this Agreement, should there be enacted into law legislation pursuant to which Employees covered by this Agreement are required to increase their contributions to the Firemen's Annuity and Benefit Fund of Chicago or any successor pension fund in an amount above the amount of the current annual contribution of 9-1/8% of Salary and Duty Availability Pay, the Union may reopen this Agreement solely

20

DOE.DEF.000030

on the issues of Salary and Duty Availability Pay for the purpose of renegotiating the Salary and Duty Availability Pay increases which shall be paid to such Employees. The Union shall have thirty (30) days from the date it receives notice that the contributions will increase to notify the Employer, in writing, of its intent to reopen this Agreement. In the event this Agreement is reopened, the Salary and Duty Availability Pay set forth in this Agreement will not be changed without the written consent of the Union. The parties shall have ninety (90) days to renegotiate the Salary and Duty Availability Pay increases. In the event the parties are unable to resolve these issues during the negotiation period, or within any mutually agreed to extension, the dispute shall be submitted to interest arbitration pursuant to Section 20.2.

C. Wage and Insurance Protection

During the period of this Agreement should the bargaining unit of sworn police officers below the rank of sergeant recognized by the City of Chicago, or the police sergeants unit recognized by the City of Chicago, or the police lieutenants unit recognized by the City of Chicago, or the police captains unit recognized by the City of Chicago, or any other bargaining unit recognized by the City of Chicago receive a lump sum payment or a percentage salary or wage increase in excess of that set forth herein or receive improvements in step and /or longevity pay schedules (other than when a particular job function has been reclassified), the City shall grant Local 2 bargaining unit members in comparable ranks increases equivalent to those, and/or any of those, granted to any other such bargaining unit or police unit over the same time period, and increases to other Local 2 unit members sufficient so that the lump sum or percentage of salary or wage differences between

21

DOE.DEF.000031

classifications and ranks in Local 2's unit be maintained at no less than existed before the increases.

It is further agreed that any improvements in insurance coverage and/or benefits greater than those provided in this Agreement that are granted to the bargaining unit of sworn police officers below the rank of sergeant recognized by the City of Chicago or any other bargaining unit recognized by the City of Chicago, or the police sergeants unit recognized by the City of Chicago, the police lieutenants unit recognized by the City of Chicago and/or the police captains unit recognized by the City of Chicago, whether in Health and Welfare Medical Care, Dental, Optical, Life or AD&D, shall also be made effective for the bargaining unit represented by Local 2.

This provision is for the purpose, among others, of maintaining, on behalf of Local 2 represented employees, no less than historical parity between the two (2) groups of sworn employees.

D. Paychecks shall normally be due and payable to employees at 0800 at their work place on the established pay dates of the first (1st) and sixteenth (16th) of each month. If the paychecks are available to the District Chiefs for earlier distribution, they shall not be unreasonably withheld.

Premium pay for any overtime or holiday work shall be received by the employee on the pay date for the pay period following the period in which such work was performed, but in no event later than the second (2nd) pay period following the period in which such work was performed, except for EMS platoon employees no later than the third (3rd) pay period following the period in which such work was performed.

22

DOE.DEF.000032

E. Effective January 1, 2006, the maximum rate of pay on the salary schedule for employees covered by this Agreement will be available to employees with twenty-five (25) years of service. The salary schedule for the red-circled employees with more than thirty (30) years of service prior to January 1, 2006 is also set forth in Appendix B.

Section 5.2 - Straight-Time Hourly Rate

The regular straight-time and basic hourly rate of pay shall be determined and computed by dividing the employee's annual salary by 2080 for the eight (8) hour shift employees and by 2120 for the twenty-four (24) hour shift employees.

Section 5.3 - Overtime Rate

Employees shall receive overtime pay at the rate of time and one-half for all work performed beyond their regularly scheduled hours consisting of fifteen (15) minutes or more. Such employees shall receive pay at the overtime rate for one-half (1/2) hour. Work consisting of more than one-half (1/2) hour shall be paid in one-half (1/2) hour increments. The City's managerial rights to make and enforce rules regarding employee lateness or other gratuitous and/or informal periods of time off during regular working hours are reserved.

Section 5.4 - Recall

A. Employees recalled to duty shall receive a minimum of four (4) hours pay at the overtime rate.

23

DOE.DEF.000033

1. An employee returning from a leave of three (3) months or less shall be fully restored to his or her position.

2. An employee returning from a leave of more than three (3) months shall be fully restored to his or her position, if available, or, if not available, the employee shall be restored to a position of equal rank.

H. Any employee who is on a leave of absence from the Fire Department shall not be considered in the certification and appointment from promotional eligible lists.

## Section 8.3 - Family Medical Leave Act

Employees shall be entitled to leave without pay as provided in the Family Medical Leave Act, provided that the employee has the option to elect to use accrued paid leave to which the employee is entitled, and provided that health care benefits shall continue if the employee continues to make his/her health care contributions.

## ARTICLE IX. SENIORITY RIGHTS

## Section 9.1 - Seniority

A. Seniority is defined as an employee's length of continuous service since his last date of hire. If more than one person is hired on the same day they shall be placed on the seniority list according to their rank on the eligibility list.

66

DOE.DEF.000076

B. New employees will serve a probationary period of nine (9) months of employment. Any inactive status during the probationary period shall not count toward completion of the probationary period, except that duty-related medical leave of a total of ten (10) working days or less shall not extend the probationary period.

Any probationary employee may be discharged during the probationary period upon written notice (or verbal notice confirmed in writing) to the employee. A copy of the notice showing the effective date of the termination shall be provided to the Union.

Terminations of probationary employees shall not be subject to the grievance procedure; however, upon the Union's request made within ten (10) days of notice of discharge to the employee and the Union, the employee and the Union may present evidence relating to the validity of the reasons or mitigating circumstances to the Department at a meeting between the Department and the Union; but any action taken by the Department shall be final and shall not be subject to the grievance procedure.

The seniority of the employee retained beyond the probationary period shall date back to his/her date of hire.

It is further provided that for an additional three (3) months of employment beyond the probationary period any new employee may be tested for substance abuse and if the test results are positive the employee may be terminated and such termination shall not be subject to the grievance procedure.

DOE.DEF.000077

C. An employee's continuous service and the employment relationship shall be terminated when an employee:

1. Resigns or quits with the following exceptions:

a. An employee who resigned and was reinstated prior to March 8, 1980 shall retain the seniority date listed on the 1982 seniority list provided such date is not adjusted otherwise as provided or permitted in the Seniority Settlement Agreement of February 1, 1983.

b. An employee who resigned in the past and was not reinstated until March 8, 1980 or later, or who resigns in the future, shall have his seniority based on his/her last date of hire, which shall be the day of his return to service, unless he/she requests or requested reinstatement on or before thirty (30) days after the effective date of his/her resignation and such request is or was ultimately granted, in which case he/she shall continue to use the seniority date in effect prior to his/her resignation provided such date is not adjusted otherwise as provided or permitted in the Seniority Settlement Agreement of February 1, 1983.

2. Is discharged for just cause;

3. Retires or is retired;

68

DOE.DEF.000078

4. Is absent for three (3) consecutive days (workdays) without notifying the Employer's authorized representative;

5. Is laid off and fails to report for work within ten (10) calendar days after mailing by certified mail a notification of recall to the employee's last known address as shown on the City's personnel records. A copy of recall notification shall be sent to the Union. If the Union within six (6) working days of the mailing date provides the Employer with a corrected address, the Employer will send a second recall notice, and an additional five (5) day notice shall be allowed;

6. Does not report to work after the termination of an authorized leave of absence, pursuant to Articles VII and VIII.

D. A suspension shall not affect an employee's length of continuous service.

E. An employee granted an unpaid leave of absence of thirty (30) days or less shall not incur a break in continuous service for such leave.

F. An employee granted an unpaid leave of absence in excess of thirty (30) days shall not incur a break in continuous service if such leave is taken for the good of the Department, including, but not limited to, leave for educational and/or professional reasons.

G. If an employee takes a leave of absence which is not for educational or professional reasons or other reasons for the good of the Fire Department, and such leave extends beyond thirty (30) days, the employee's seniority

69

DOE.DEF.000079

date will be adjusted by the length of the leave in excess of thirty (30) days.

H. Any employee who returns to active duty after a period during which he received duty, occupational and/or ordinary disability benefits shall have his/her seniority continued to be based on his/her last date of hire without adjustment.

I. On or before April 1st and October 1st of each year the Employer will post on employee bulletin boards a current seniority list showing the departmental seniority and classification seniority of each employee. A copy of the seniority list shall be simultaneously provided to the Union. The Employer shall not be responsible for any errors in the seniority list unless such errors are brought to the attention of the Fire Department Director of Personnel, in writing, within ten (10) calendar days after the list is posted. Any disputed seniority dates not able to be adjusted satisfactorily will be subject to Article X.

Section 9.2 - Overtime Distribution

A. Platoon Employees

After all detailing has been accomplished, and when the need for overtime exists due to the lack of manpower, or due to vacation, sickness, injury or other unforeseen causes, such overtime shall be distributed in strict sequential order to members of the bargaining unit on a voluntary basis; by rank and classification; by means of an Overtime Distribution List in each district, bureau, EMS division or in an agreed-upon specialized unit on each

70

should be relieved, the matter shall be discussed between the Business Agent or his designee and the designated Employer representative.

Section 9.3 - Vacancies and Promotions

A. Vacancies

Promotional vacancies within the bargaining unit created as a result of death, resignation, retirement and discharge for just cause, and which the Employer must fill to maintain the minimum manning agreed to in this Agreement, shall be filled within forty-five (45) days of the last day the employee actually worked on duty or was discharged. Promotions which are required to fill vacancies shall be made from established lists resulting from job related examinations given to the employees in the classification immediately below the vacancy. Permanent assignments to vacant promotional positions shall be in accordance with the provisions of Article XVI, Section 16.7.

B. Promotional Eligibility Lists

1. No employee shall be eligible to take a promotional examination until the employee has completed the probationary period. The ranking of employees on promotional lists shall be based upon the employee's ascertained merit which shall be determined by promotional examinations consisting of the following three (3) criteria: written, seniority and oral/proficiency (hereafter referred to as the "administered examination"). Promotions shall be made on the basis of the administered examination, and effective for administered

78

DOE.DEF.000088

examinations given after January 1, 1997, promotions may also be made pursuant to a performance selection process as set forth in subparagraph 4.

The weights to be accorded the criteria of the administered examination shall be consistent with the requirements of federal law, and are subject to review by the Justice Department. The City will announce the weights of the criteria of the administered examination at the time the Department of Personnel officially announces the examination.

Effective for administered examinations given after January 1, 2003, the total weight assigned to the written criteria shall be no less than twenty-five percent (25%); the total weight assigned to the oral/proficiency criteria shall be no less than twenty-five percent (25%); and the total weight assigned to the seniority criteria shall be no less than thirty percent (30%) of the final score of the administered examination.

Full mark for seniority shall be given, as follows:

    a. for promotion to Engineer or to Lieutenant - ninety-six (96) or more months;

    b. for promotion to Captain - one hundred forty-four (144) or more months;

    c. for promotion to Battalion Chief - two hundred four (204) or more months.

Lesser amounts of seniority shall receive a pro-rata mark; for example:

79

DOE.DEF.000089

A firefighter with ninety-six (96) or more months of seniority would receive 100% of the seniority criteria specified for promotion to engineer or lieutenant while a firefighter with forty-eight (48) months seniority would receive one-half (1/2) of the specified seniority criteria (accordingly, if the specified seniority criteria is thirty percent (30%), the firefighter with ninety-six (96) or more months of seniority would receive the full mark, while a firefighter with forty-eight (48) months would receive one-half (1/2) of the thirty percent (30%) seniority criteria, or fifteen percent (15%)). The seniority mark shall be determined as of the date of the examination announcement .

Additional credit shall be given to candidates who have at the time of the administered examination the following degrees or licensures:

a. For promotion to Lieutenant and/or Captain.

Any candidate who has an Associate's or Bachelor's degree in fire science or who has an EMT-B or EMT-P license and is being compensated as a result of such licensure will receive the full amount of credit;

b. For promotion to Battalion Chief.

Any candidate who has an Associate's degree in fire science or a Bachelor's degree will receive the full amount of credit.

80

DOE.DEF.000090

The amount of credit to be given for these degrees and licensures shall be described in the examination announcement. In no event shall a candidate with the required degree be eligible for anything less than full credit.

2. Promotional vacancies shall be filled by the Commissioner from eligible employees certified from the applicable promotional eligibility list. After each promotional examination, the City shall develop an eligibility list based upon employees eligible for promotion based on their performance on the administered examination. No less than thirty (30) days prior to any promotions, the City shall provide to the Union a copy of the promotional eligibility list. Such list shall reflect each employee's full name, seniority number, race, gender, total score and rank on the list. Vacancies will customarily be filled by employees in the order of their ranking on the eligibility list.

Employees who are passed over on an eligibility list strictly by operation of the preceding paragraph and who otherwise would have been promoted had promotions been made in rank order from the eligibility list shall have his or her name inserted at the top of the new eligibility list in rank order as it appeared on the previous eligibility list for the same promoted position, and shall be promoted from the new eligibility list to vacancies which will customarily be filled by employees in the order of their ranking on the eligibility list.

It is provided, however, that irrespective of an employee's ranking on the eligibility list, an employee eligible for promotion to a vacancy in the position of Captain or Battalion Chief shall be passed over on the eligibility list and

81

DOE.DEF.000091

not be promoted if the employee has not completed at least thirty (30) months in the classification immediately below the vacancy, and no employee may be promoted to the position of engineer or lieutenant, and shall be passed over on the eligibility list, without fifty-four (54) months in the classification of firefighter and/or engineer.

An employee certified for promotion to a vacancy may be passed over for any vacancy on an order subject to the following conditions:

a. No employee may be passed over on more than two (2) orders, unless the employee does not meet the time in grade requirements outlined above.

b. No employee shall be promoted from a new promotional eligibility list until all employees who may have been passed over on a previous promotional order have been promoted, unless the employee does not meet the time in grade requirements.

c. An employee may be passed over on an order only for the following reasons:

(i) At the time the vacancy occurs the employee is on an injury leave of six (6) months or more for a non-duty-related injury; provided, however, that upon the employee's return to duty from such leave he/she shall be promoted on the next order.

82

DOE.DEF.000092

(ii) A major disciplinary infraction (i.e. charges resulting in a suspension of fifteen (15) days or more); provided, however, that if such disciplinary infraction is not sustained, the employee shall be promoted on the next order. No disciplinary infraction may be used for more than one order as a reason to pass over an employee on a promotional order.

(iii) In order to comply with any injunctive or final and unappealable order of a court, administrative agency, administrative law judge, hearing officer or arbitrator.

The Employer shall specify the specific reason in the event that it decides to pass over an employee on an order.

3. Each applicant for promotion shall be given a copy of his/her answer sheet following the conclusion of the written examination, prior to the candidate's departure from the exam site. Each applicant will be allowed to challenge test questions on the written examination in writing. During the announced challenge period, the applicant will be allowed to review the written examination for that purpose. A copy of the correct answer key for the written examination shall be provided by the City to the Union after the promotional eligibility list has been finalized and approved by the Department of Justice. Upon request, the candidate shall thereafter have the right to receive a copy of the written examination. The City shall provide the Technical Report of a promotional examination to the Union within thirty (30) days of a promotion made from the eligibility list created as a result of such examination.

83

DOE.DEF.000093

4. Performance Selection Process

   a. Up to sixteen percent (16%) of the promotions to the rank of
   Lieutenant, up to sixteen percent (16%) of the promotions to the rank
   of Captain, and up to sixteen percent (16%) of the promotions to the
   rank of Battalion Chief on each promotional order may be made by
   the Fire Commissioner on the basis of performance. The following
   criteria must be met by any applicant prior to being eligible for
   performance promotion:

      (i) passing the appropriate administered examination with a
      grade of seventy (70) or better;

      (ii) meeting the following time in rank requirements' at the time
      of the promotion:

         (a) One hundred twenty (120) months in the
         classification of Firefighter and/or Engineer for
         promotion to the position of Lieutenant;

         (b) Seventy-two (72) months in the classification of
         Lieutenant for promotion to the position of Captain;

         (c) Seventy-two (72) months in the classification of
         Captain for promotion to the position of Battalion Chief.

   b. Battalion Chiefs may nominate candidates for consideration for
   Performance Selection Process for each rank of Lieutenant, Captain

84

DOE.DEF.000094

and Battalion Chief. In addition, Exempt rank personnel in the positions of Deputy District Chief, District Chief and Bureau Heads may nominate candidates for consideration in the Performance Selection Process to the promotional ranks of Lieutenant, Captain and Battalion Chief as directed by the Fire Commissioner. Nominations shall be made after the promotional administered examination is announced but before the examination is held. All nominations shall be forwarded to the Performance Selection Board, which will consist of the First Deputy Fire Commissioner, the Deputy Commissioners, and the Director of Personnel. The City shall provide the Union with a list of nominees before the written portion of the administered examination.

c. The Performance Selection Board will consider the nominations, taking into account each candidate's performance, awards and commendations, leadership ability, specialized training, relevant education and experience, attendance file, disciplinary file, and any other information deemed relevant to determine whether to recommend the candidate to the Commissioner.

d. The Performance Selection Board will submit its recommendations to the Fire Commissioner for consideration. The City shall provide the Union with the Board's recommendations to the Fire Commissioner before any promotional order is issued. The Fire Commissioner shall make performance selection promotions from recommendations. The list of Nominees shall be void upon removal of the eligibility list.

85

DOE.DEF.000095

e. Only candidates nominated as per subparagraph b above may be recommended by the Performance Selection Board to the Fire Commissioner, and only candidates recommended by the Performance Selection Board may be considered by the Commissioner in determining performance selection promotions.

f. The City will apprise the Union, in writing, of the identity of the personnel, if any, who receive performance selection promotions at the time of such promotions.

g. Provided that the provisions set forth in subparagraphs 4.a through f are followed, the Fire Commissioner's performance selection decision shall be final and not subject to the grievance procedure.

5. The City may charge an appropriate fee for all promotional examinations not to exceed the charge established by City Council Ordinance, which fee shall not exceed $75.00.

6. In the event that any court of competent jurisdiction enjoins the City from making promotions pursuant to this Agreement, or issues a final and unappealable order that promotions be made in a manner inconsistent with the provisions of this Agreement, compliance with that order shall not be deemed a violation of this Agreement. In the event the City is unable to make further promotions without violating any such order, the City and Local 2 shall negotiate a resolution that permits promotions consistent with such order.

C. EMS Positions

86

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 2



Code: 8750
Family: Public Safety
Service: Public Safety
Group: Fire Service
Series: Firefighting

## CLASS TITLE: PARAMEDIC

### CHARACTERISTICS OF THE CLASS

Under general supervision of a Paramedic In-Charge or Ambulance Commander, a paramedic provides emergency medical care and transportation to victims of trauma, injury or illness; participates in training drills and exercises, attends training programs, maintains paramedic equipment and fire house facilities; and performs related duties as required

### ESSENTIAL DUTIES

- Responds to calls for emergency medical assistance to provide pre-hospital emergency medical care
- Treats sick and injured persons at fire and emergency scenes by assessing the nature and extent of illness or injury and following established protocols
- Uses medical equipment and applies paramedical protocols to administer injections of medications and drugs, monitor cardiac patients and perform other required medical procedures
- Prepares patients for transport to hospital facilities, placing them on a stretcher or other conveyance devices, lifting and carrying patients as required
- Prepares patient care reports and other documents as required
- Inspects and ensures that medical, electronic and communications equipment on an ambulance are in proper operating condition
- Inspects the operational condition of ambulance and related apparatus and performs routine operator maintenance checks of ambulances
- Inventories supplies on ambulance, inspects the condition and quality, and restocks supplies following each run or as required
- Ensures safe operation while driving the ambulance and other vehicles to and from emergency scenes and hospitals
- May participate in public education safety programs to educate the public concerning fire prevention and safety programs
- Attends training classes and participates in company drills relating to paramedic protocols; hazardous materials awareness and operations, extrication and related Emergency Medical Service (EMS) operations
- Performs general maintenance and cleaning of Fire Department equipment and general housekeeping of firehouse facilities
- Strictly employs universal precautions, proper barrier devices and routine hand washing in the prevention of disease transmission

NOTE:    *The list of essential duties is not intended to be inclusive; there may be other duties that are essential to particular positions within the class.*

### MINIMUM QUALIFICATIONS

#### Education, Training, and Experience

- Paramedic candidates must successfully complete all requirements of the Fire Academy

EXHIBIT
JD2-2
WB 112918

DOE.DEF.000310

CODE: 8750
CLASS TITLE: PARAMEDIC

Licensure, Certification, or Other Qualifications

- Must have and maintain State of Illinois certification as a licensed Paramedic/EMTP
- Must have a valid State of Illinois Driver's License
- Must have a ACLS (Advanced Cardiac Life Support) certification
- Must have a CPR (Cardiac Pulmonary Resuscitation) certification

WORKING CONDITIONS

- Stressful and physically demanding environment
- Extreme weather conditions

EQUIPMENT

- Two-Way Radio
- Computers and peripheral equipment (e.g., personal computer, computer terminals, hand-held computer)
- Cardiac Monitor & Defibrillator
- Patient Conveyance Devices
- Airway Management Devices
- Patient Immobilization Devices
- Splinting & Hemorrhage Control Devices
- IV (intravenous) Insertion equipment
- Medication Administration Devices
- Personal Protective Equipment

PHYSICAL REQUIREMENTS

- Must pass all phases of the selection process including a medical evaluation, drug screen, physical performance test and background investigation

KNOWLEDGE, SKILLS, ABILITIES, AND OTHER WORK REQUIREMENTS

Knowledge

Moderate knowledge of:

- Region XI Chicago Emergency Medical Services (EMS) Policies and Procedures
- Region XI Chicago Paramedic Standing Medical Orders
- Illinois EMS Act and applicable portions of Illinois Department of Public Health (IDPH) regulations
- geographical locations in the City

Some knowledge of:

- fire and emergency medical procedures
- safety principles and practices
- radio, telephone, and computer-aided dispatch communications systems and their operation

Knowledge of applicable City and department policies, procedures and regulations

DOE.DEF.000311

CODE: 8750
CLASS TITLE: PARAMEDIC

## Skills

- ACTIVE LISTENING - Give full attention to what other people are saying, take time to understand the points being made, ask questions as appropriate, and not interrupt at inappropriate times
- CRITICAL THINKING - Use logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems
- SERVICE ORIENTATION – Actively looks for ways to help people
- SOCIAL PERCEPTIVENESS – Demonstrates awareness of others' reactions and understands why they react as they do
- EQUIPMENT MAINTENANCE – Performs routine maintenance on equipment and determines when and what kind of maintenance is needed
- STAMINA – Demonstrates energy and stamina to accomplish work tasks
- OPERATION AND CONTROL - Control operations of equipment or systems

## Abilities

- COMPREHEND ORAL INFORMATION - Listen to and understand information and ideas presented through spoken words and sentences
- SPEAK - Communicate information and ideas in speaking so others will understand
- COMPREHEND WRITTEN INFORMATION - Read and understand information and ideas presented in writing
- WRITE - Communicate information and ideas in writing so others will understand
- MAKE SENSE OF INFORMATION - Quickly make sense of, combine, and organize information into meaningful patterns

## Other Work Requirements

- PERSISTENCE - Persist in the face of obstacles on the job
- INITIATIVE - Demonstrate willingness to take on job challenges
- CONCERN FOR OTHERS - Demonstrate sensitivity to others' needs and feelings and be understanding and helpful on the job
- SELF CONTROL – Maintains composure, keeps emotions in check even in very difficult situations, controls anger and avoids aggressive behavior
- ATTENTION TO DETAIL - Pay careful attention to detail and thoroughness in completing work tasks

All employees of the City of Chicago must demonstrate commitment to and compliance with applicable state and federal laws, and City ordinances and rules; the City's Ethics standards; and other City policies and procedures.

The City of Chicago will consider equivalent foreign degrees, accreditations, and credentials in evaluating qualifications.

* May be required at entry.

City of Chicago
Department of Human Resources
March, 2011
Licensure, Certification and Other Qualifications revised: July, 2015

DOE.DEF.000312

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 3





**Code: 8749**
Family: Public Safety
Service: Public Safety
Group: Fire Service
Series: Firefighting

# CLASS TITLE: PARAMEDIC I/C

## CHARACTERISTICS OF THE CLASS

Under general supervision of an Ambulance Commander, a Paramedic In-Charge supervises an assigned ambulance crew providing emergency medical care and transportation to victims of trauma, injury or illness; provides in-field training to probationary Fire Paramedics, maintains paramedic equipment, ensures completion of all necessary reports and documentation, and performs related duties as required

## ESSENTIAL DUTIES

- Supervises the safe operation of an ambulance and the enforcement of established Illinois Department of Public Health (IDPH) regulations, Region XI Standing Medical Orders, Policies & Procedures, and Fire Department directives
- Initiates telemetry communications with appropriate telemetry base while responding to calls for emergency medical assistance to provide pre-hospital emergency medical care
- Assesses the nature and extent of illness or injury and following established protocols, treats sick and injured persons at fire and emergency scenes
- Uses medical equipment and applies paramedical protocols to administer injections of medications and drugs, monitor cardiac patients and perform other required medical procedures
- Prepares patients for transport to hospital facilities, placing them on a stretcher or other conveyance devices, lifting and carrying patients as required
- Transports patients to appropriate emergency departments, adult or pediatric trauma centers or other specialty care centers including burn and decompression chamber units as identified on participating hospital list.
- Responsible for the preparation of patient care reports, journal entries and other documents as required by assigned ambulance company
- Inspects operational condition of ambulance, ensures adequate inventory supplies on ambulance are stocked and that electronic and communication equipment is operating appropriately
- Supervises and evaluates the performance of subordinates
- Oversees and performs general maintenance and cleaning of Fire Department equipment and general housekeeping of firehouse facilities
- Supervises and strictly employs universal precautions, proper barrier devices and routine hand washing in the prevention of disease transmission

*NOTE:* *The list of essential duties is not intended to be inclusive; there may be other duties that are essential to particular positions within the class.*

## MINIMUM QUALIFICATIONS

### Education, Training, and Experience

- Career Service status as a Paramedic with the Chicago Fire Department

DOE.DEF.000313

## Licensure, Certification, or Other Qualifications

- Must have and maintain State of Illinois certification as a licensed Paramedic/EMTP
- Must have a valid State of Illinois Driver's License

## WORKING CONDITIONS

- Stressful and physically demanding environment
- Extreme weather conditions
- Extended firehouse based work hours

## EQUIPMENT

- Two-Way Radio
- Computers and peripheral equipment (e.g., personal computer, computer terminals, hand-held computer)
- Cardiac Monitor & Defibrillator
- Patient Conveyance Devices
- Airway Management Devices
- Patient Immobilization Devices
- Splinting & Hemorrhage Control Devices
- IV (intravenous) insertion equipment
- Medication Administration Devices
- Personal Protective Equipment

## PHYSICAL REQUIREMENTS

- Must pass all phases of the selection process including a medical evaluation, drug screen, physical performance test and background investigation

## KNOWLEDGE, SKILLS, ABILITIES, AND OTHER WORK REQUIREMENTS

### Knowledge

Moderate knowledge of:

- Region XI Chicago Emergency Medical Services (EMS) Policies and Procedures
- Region XI Chicago Paramedic Standing Medical Orders
- Illinois EMS Act and applicable portions of Illinois Department of Public Health (IDPH) regulations
- geographical locations and roadways in the City

Some knowledge of:

- fire and emergency medical procedures
- safety principles and practices
- radio, telephone, and computer-aided dispatch communications systems and their operation

DOE.DEF.000314

CODE: 8749
CLASS TITLE: PARAMEDIC I/C

## Skills

- ACTIVE LISTENING - Give full attention to what other people are saying, take time to understand the points being made, ask questions as appropriate, and not interrupt at inappropriate times
- CRITICAL THINKING - Use logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems
- SERVICE ORIENTATION – Actively looks for ways to help people
- SOCIAL PERCEPTIVENESS – Demonstrates awareness of others' reactions and understands why they react as they do
- EQUIPMENT MAINTENANCE – Performs routine maintenance on equipment and determines when and what kind of maintenance is needed
- STAMINA – Demonstrates energy and stamina to accomplish work tasks
  OPERATION AND CONTROL - Control operations of equipment or systems

## Abilities

- COMPREHEND ORAL INFORMATION - Listen to and understand information and ideas presented through spoken words and sentences
- SPEAK - Communicate information and ideas in speaking so others will understand
- COMPREHEND WRITTEN INFORMATION - Read and understand information and ideas presented in writing
- WRITE - Communicate information and ideas in writing so others will understand
- MAKE SENSE OF INFORMATION - Quickly make sense of, combine, and organize information into meaningful patterns

## Other Work Requirements

- PERSISTENCE - Persist in the face of obstacles on the job
- INITIATIVE - Demonstrate willingness to take on job challenges
- CONCERN FOR OTHERS - Demonstrate sensitivity to others' needs and feelings and be understanding and helpful on the job
- SELF CONTROL – Maintains composure, keeps emotions in check even in very difficult situations, controls anger and avoids aggressive behavior
- ATTENTION TO DETAIL - Pay careful attention to detail and thoroughness in completing work tasks

All employees of the City of Chicago must demonstrate commitment to and compliance with applicable state and federal laws, and City ordinances and rules; the City's Ethics standards; and other City policies and procedures.

The City of Chicago will consider equivalent foreign degrees, accreditations, and credentials in evaluating qualifications.

* May be required at entry.

City of Chicago
Department of Human Resources
April, 2015

DOE.DEF.000315

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 4

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# GENERAL ORDER

13-010

April 17, 2013

## SUBJECT:  SEXUAL HARASSMENT POLICY

### I.   PURPOSE

    A. reaffirms the Chicago Fire Department's policy that all employees have the right to be treated with dignity and respect;

    B. adopts the City of Chicago Diversity and Equal Employment Opportunity Policy (the "City EEO Policy") as CFD's Sexual Harassment Policy and Procedure;

    C. rescinds General Order 07-002; and

    D. becomes effective immediately.

### II.   POLICY

    A. The Chicago Fire Department (CFD) is committed to providing a workplace in which all individuals are treated with respect and dignity. Each employee has the right to work in an environment free of sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers.

    B. This General Order adopts, in whole, the City of Chicago Diversity and Equal Employment Opportunity Policy as CFD's Sexual Harassment Policy and Procedure, which can be found attached to CFD General Order 13-006 (Discrimination/Harassment Investigation Policy and Procedures).

    C. Complaints relating to conduct arising under the City EEO Policy, including sexual harassment, can be made to CFD supervisors, CFD's EEO Liaison (the Deputy Commissioner of CFD Human Resources), or the City of Chicago's Department of Human Resources or through the appropriate union procedure.  Any complaint of sexual harassment or retaliation must be promptly forwarded by any CFD supervisor to the City of Chicago's Equal Employment Opportunity Office or the Department of Human Resources.  Liaisons must also promptly report any conduct which may constitute harassment or retaliation promptly, even if such conduct is not the subject of a formal complaint.

APPROVED:

**José A. Santiago**
**Fire Commissioner**

## TO BE READ AT FOUR ROLL CALLS AND POSTED

**Distribution: C**

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 5



**DEPARTMENT OF HUMAN RESOURCES**
CITY OF CHICAGO

## CITY OF CHICAGO DIVERSITY AND EQUAL EMPLOYMENT OPPORTUNITY POLICY

**I.    Statement of Purpose**

The purpose of the City of Chicago Diversity and Equal Employment Opportunity Policy ("Policy") is to ensure the full and active participation of all employees in the City's workforce and provide an effective means for the resolution of complaints of discrimination and harassment brought by City employees.

This Policy is implemented and enforced by the Diversity and Equal Employment Opportunity Division ("the Diversity and EEO Division") of the Department of Human Resources ("DHR"). Through this Policy, the City seeks to recruit, nurture and retain a workforce that reflects the diversity of our communities.

The City of Chicago is an Equal Employment Opportunity employer and is committed to providing equal opportunity in its recruitment, hiring, promotions, and transfers, and in all other employment practices and decisions. The City of Chicago follows all applicable federal, state, local laws and ordinances prohibiting discrimination.

The City encourages its employees to raise any concerns regarding implementation of this Policy to the Diversity and EEO Division, or the appropriate person in a City department. Retaliation against any person who makes a report concerning potential violations of this Policy, or cooperates with or assists the Diversity and EEO Division in enforcing this Policy, is expressly forbidden pursuant to the terms of this and other city policies.

**II.    Prohibited Conduct**

**a.    Discrimination**
The City of Chicago, through this Policy, the Chicago Municipal Code and its Human Rights Ordinance, prohibits discrimination based on race, color, sex, gender identity, age, religion, disability,[1] national origin, ancestry, sexual orientation, marital status, parental status, and military service or discharge status. This Policy prohibits discrimination which is based on actual or perceived membership in any of the foregoing protected groups.

---

[1] The City's procedures for requesting a Reasonable Accommodation for a disability as required by the Americans with Disabilities Act are set forth in a separate policy.

1

DOE.DEF.000303

**b. Sexual Harassment**

The City of Chicago, through this Policy, prohibits sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers or work in a hostile environment as a condition of employment.

Sexual harassment includes any unwelcome sexual advance, or request for sexual favors or conduct of a sexual nature when:

- submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment or receipt of City services;
- submission to or rejection of such conduct by an individual is used as the basis of an employment or service decision affecting the individual; or
- such conduct has the purpose or effect of interfering with the work performance of an employee or creating an intimidating, hostile or offensive work environment.

There is a broad range of conduct which can, in certain circumstances, be considered sexual harassment under this Policy. This includes, but is not limited to, sexually suggestive or offensive remarks, sexually suggestive pictures or graffiti, sexually suggestive gesturing, verbal harassment or abuse of a sexual nature, the displaying of sexual objects, requests for sexual favors, stalking, sexual assault, touching, patting, or pinching, sending sexually suggestive email or text messages, and accessing sexually suggestive sites on the Internet.

**c. Other Forms of Harassment**

Harassment based on race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, military service or discharge status is also prohibited by this Policy.

**d. Retaliation**

It is a violation of this Policy to retaliate against any person who asserts his or her rights by: 1) opposing discriminatory practices in the workplace; 2) complaining about conduct prohibited by this Policy; 3) complaining to, cooperating with or assisting the Diversity and EEO Division or a City department in resolving a complaint of discrimination.

Actions taken against an employee or applicant which may be considered retaliatory include, but are not limited to, refusal to hire, denial of promotion or job benefits, demotion, suspension or discharge, or any other actions affecting the terms and conditions of employment.

**III.   Applicability**

This Policy applies to volunteers and employees, whether paid or unpaid, of the City of Chicago, as well as applicants for City employment.

**IV.   Limitations**

Nothing in this Policy is intended to nor shall be construed to create a private right of action against the City of Chicago or any of its employees. Furthermore, no part of this Policy shall be construed to create contractual or other rights or expectations.

2

DOE.DEF.000304

Nothing herein is intended to affect the right of any person to:
- make a charge of discrimination at the Chicago Commission on Human Relations or any local, state or federal agency with jurisdiction over such claims;
- raise a grievance under a collective bargaining agreement, or
- consult a private attorney

A determination that this Policy has been violated is not a determination of discrimination, harassment or retaliation under federal, state, or local law. Conduct that may not be considered unlawful under applicable federal, state, or local law may nevertheless violate this Policy, and result in disciplinary action, up to and including discharge.

**V. Responsibilities of the Deputy Commissioner for Diversity and Equal Employment Opportunity**

The Deputy Commissioner for Diversity and Equal Employment Opportunity ("EEO Deputy") shall:
   a. Direct the implementation of this Policy
   b. Monitor the utilization of employees within all protected categories in an effort to identify unjustified underutilization that may constitute discrimination
   c. Conduct regular reviews of this Policy and implement revisions as needed

**VI. Responsibilities of the EEO Officer**

Under the supervision of the EEO Deputy, the Equal Employment Opportunity Officer ("EEO Officer") shall:
   a. Manage the City's process for investigating and resolving complaints made pursuant to this Policy
   b. Assist departments with questions related to implementation of this Policy and respond to questions regarding diversity and inclusion
   c. Conduct training to ensure that all employees are aware of this Policy and that all Department Heads, Departmental Liaisons and Supervisors understand their role in implementing this Policy and promoting a fair and inclusive workplace

**VII. Responsibilities of Department Heads**

Each Department head must take necessary steps to implement this Policy within his or her department; including designating a Departmental EEO Liaison and making efforts to ensure that the liaison fulfills the duties established in this Policy.

**VIII. Responsibilities of Departmental EEO Liaisons**

   **a. Receiving Complaints**
   EEO Liaisons must promptly report any complaints of discrimination, harassment or retaliation to the EEO Officer. Liaisons must also promptly report any conduct they become aware of which may constitute discrimination, harassment or retaliation, even if no employee reports or complains about the conduct.

DOE.DEF.000305

EEO Liaisons must also advise employees of their right to contact the EEO Division directly with any complaints or concerns.

**b. Assisting with EEO Division Investigations**

Liaisons will assist with various aspects of the investigation process, such as scheduling time for employees to meet with EEO Division investigators, gathering documents pursuant to EEO Division requests and advising participants of the importance of confidentiality.

## IX. Responsibilities of Supervisors

**a. Reporting Potential Violations**

Any supervisor who becomes aware of conduct that may be considered discriminatory, harassing or retaliatory as stated in this Policy, must report such conduct to a Departmental Liaison, or to the EEO Officer or EEO Deputy.

A supervisor who is aware of, or reasonably should be aware of discriminatory, harassing or retaliatory conduct, whether or not any employee complains about such conduct, but fails to report it, may be subject to discipline.

**b. Reporting Voluntary Relationships**

While voluntary social relationships are not prohibited by this Policy, the existence of a dating relationship and/or a physically intimate relationship between a supervisor and subordinate has the inherent potential for coercion and conflicts of interest, and may create the appearance of impropriety. Therefore, any supervisor who has such a relationship with another City employee over whom he or she has any supervisory authority must report this fact to his or her Department Head in writing. Supervisors who fail to report such relationships may be subject to discipline.

## X. Making Complaints

**a. Reporting Prohibited Conduct**

Any employee or applicant for City employment who believes that he or she has been discriminated against, or harassed on the basis of race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military service or discharge status, or who claims to have suffered retaliation as described in Section II of this Policy, may file a complaint with the Diversity and EEO Division. Contact information for the Division appears at the end of this Policy and is available on the City's Intranet and Internet.

An employee or applicant may also report any conduct believed to be discriminatory, harassing or retaliatory to his or her department's EEO liaison. As stated in this Policy, EEO liaisons are obligated to inform the EEO Division of any such reports they receive.

**b. Time Limits**

In order to help ensure an effective investigation, employees should voice their complaints as soon as possible. By promptly making complaints, employees allow the Diversity and EEO Division to preserve relevant information and recommend remedial measures.

DOE.DEF.000306

A complaint of discrimination or harassment must be filed within one year of the date of the last alleged act of discrimination or harassment. A complaint of retaliation must be filed within one year of the date of the action that is alleged to have been retaliatory.

The filing of a complaint with the EEO Division does not limit, extend, replace, or delay the right of any person to file a similar charge with the Chicago Commission on Human Relations or any local, state or federal agency having authority to hear matters of discrimination. Failure to file a complaint with the EEO Division does not impact the rights of any person to file a charge with any agency having authority to address such charges.

## XI.  Investigation of Complaints

### a.  Initiating the Investigation

Upon receiving any complaint or report of discrimination, the EEO Division will first determine whether the allegations, if true, would constitute a violation of this Policy. If the allegations presented, even if true, would not constitute a violation, the EEO Division will proceed with one of the options set forth in section XII of this Policy, *Other Options for Resolution of Complaints*.

In cases where the allegations, if true, describe conduct that would constitute a violation of this Policy, the EEO Division will assign the matter a case number and initiate an investigation. The EEO Officer or his or her designee shall direct the investigation of all complaints.[2]

Allegations of conduct that violates the Violence in the Workplace Policy which are included in complaints filed pursuant to this Policy shall be investigated contemporaneously. Accordingly, any investigation report prepared pursuant to this Policy shall address all relevant policies.

### b.  Duty to Cooperate

All employees, including managers and supervisors, shall cooperate with EEO Division staff and departmental EEO Liaisons in the course of an investigation under this Policy. Failure to cooperate may subject an employee to discipline, as stated in the City of Chicago Personnel Rules.

In cases where the person making the complaint chooses not to pursue the matter or fails to cooperate with the EEO Division, the Division may nevertheless proceed with an investigation in order to determine if this Policy has been violated.

Any employee who knowingly makes a false accusation of discrimination, harassment or retaliation or knowingly provides false information in the course of an investigation, may be subject to discipline. A complaint made in good faith, even if found to be unsubstantiated, will not be considered a false accusation.

### c.  Investigation Reports

When the investigation is complete, the EEO Officer will prepare an Investigation Report containing a summary of the evidence, and a finding of whether a Policy violation has occurred. The report will state whether the allegations are "sustained" or "unsustained." In instances where the EEO Officer finds that the allegations are sustained, the Investigative Report shall

---

[2] The EEO Officer may delegate certain procedures established in this Policy to an EEO Investigator.

5

indicate the specific portion of the Policy and related section of the Personnel Rules that have been violated, and shall make a recommendation of discipline to the relevant department.

All Investigation Reports will be sent to the relevant Department Head(s) with a copy to the departmental EEO liaison(s).  In sustained cases, the Investigation Report will also be submitted to the Office of the Corporation Counsel and to the Commissioner of the Department of Human Resources.

### d.   Notification of Parties

The EEO Officer shall provide written notification to the complaining party ("Complainant") and the accused party ("Respondent") advising them of the outcome of the investigation.  The departmental EEO Liaisons will be copied on this notification. The notification will not include the recommended discipline in sustained cases.

### e.   Departmental Response

Within 30 days of receiving an Investigation Report making a sustained finding, the Department Head will advise the EEO Officer in writing of the actions taken by the department. The Department Head will indicate whether he or she has followed the recommendation stated in the report, taken some other action or taken no action.

### f.   Confidentiality

All complaints and investigations will be kept confidential, to the extent possible. However, in certain circumstances the EEO Division is required by law to disclose information related to an investigation.

In order to maintain confidentiality, the EEO Division may limit the distribution of the Investigation Report and the investigative file.  In sustained cases, the Division will provide a copy of the Investigation Report to the Respondent, upon Respondent's request.

## XII.   Other Options for Resolution of Complaints

### a.   Referral to the Department

If the EEO Officer determines that the allegations of the complaint, even if true, would not violate this Policy, but describe conduct that may be of concern to the department, the complaint will be forwarded to the EEO Liaison for further review by the department.

### b.   Referral to the Inspector General's Office

If the allegations of a complaint describe conduct that is not covered by this Policy, but if true, may constitute other misconduct, the EEO Officer will advise the City of Chicago Office of Inspector General ("OIG") in writing.

### c.   Other Alternatives, as appropriate

In appropriate situations, the Diversity and EEO Division will work with departments to address complaints through mediation, counseling, providing written guidance, or other courses of action as determined by the EEO Officer.

DOE.DEF.000308

**d. Complaints Against City vendors**

In cases alleging inappropriate conduct by individuals employed by City vendors or contractors, the EEO Officer will assist the department and affected City employees to be sure that any necessary mitigating actions are taken, although the Division's authority with respect to non-City employees may be limited.

**XIII.     Complaints Concerning the Chicago Police Department or the Chicago Fire Department**

Complaints concerning employees of the Chicago Police Department or the Chicago Fire Department must be made in accordance with the General Orders in effect in those departments.

**XIV.     Complaints Involving Members of the Public**

Complaints by members of the public alleging that a City employee acting in the scope of his or her employment has engaged in conduct that may violate this Policy should be made to the Office of the Inspector General.  The EEO Division will refer such complaints to the OIG in writing.

A City employee who believes that he or she has been subjected to discrimination or harassment by a member of the public may report such conduct to the Chicago Commission on Human Relations or to any agency having authority to address such complaints.

**XV.     Penalties**

Employees found to be in violation of this Policy will be subject to discipline, up to and including discharge.

**XVI.     Contacting the Diversity and  EEO Division**

Employees may contact the Diversity and EEO Division in person, by email or by phone, using the contact information below. Our office hours are 8:30 a.m. to 4:30 p.m.

City of Chicago Department of Human Resources
Diversity and Equal Employment Opportunity Division
121 N. LaSalle Street, Room 1100
Chicago, IL 60602
Phone: (312)744-4224
Facsimile: (312) 744-1521
TTY: (312)744-5035
Email: eeodiversity@cityofchicago.org

DOE.DEF.000309

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 6

**GENERAL ORDER**
 
13-006

April 1, 2013

## SUBJECT: DISCRIMINATION/HARASSMENT INVESTIGATION POLICY AND PROCEDURES

**I.    PURPOSE**

This Order:

A.    reaffirms the Chicago Fire Department's policy on the prohibition of all forms of illegal discrimination, harassment, and retaliation;

B.    establishes procedures for compliance and processing of complaints of discrimination, harassment, and retaliation in the work environment by adopting and incorporating the City of Chicago Diversity and Equal Employment Opportunity Policy ("City EEO Policy");

C.    rescinds General Order 93-018 and 93-018 Addendum No. 1;

D.    becomes effective immediately.

**II.    POLICY**

A.    The policy of the Chicago Fire Department (CFD) is to promote a professional work environment wherein employees extend mutual respect to one another.

B.    Harmonious, cooperative conditions are necessary in order to ensure the efficiency of operations and peak performance by employees within the department.

C.    Supervisors shall strive to promote professional demeanor at all times, and will require the same from all members under their command. Counseling of members by the appropriate supervisor will be utilized in all cases of conflict to avoid escalation of potential disharmony or abuse.

D.    Discrimination, harassment and retaliation, as defined in the City EEO Policy, are strictly prohibited by CFD in accordance with that policy.

E.    This policy is applicable to all employees and members of the department, both uniformed and civilian, male and female, supervisor and co-worker. Violation of this policy will result in appropriate action, which could include discipline up to, and including discharge.

DOE.DEF.000264

F.     An employee may file a complaint of discrimination, harassment, and/or retaliation in accordance with the City EEO Policy, including through notification to CFD supervisors, CFD's EEO Liaison (the Deputy Commissioner of CFD Human Resources), City of Chicago Department of Human Resources, or through the appropriate union grievance procedure.

G.     This policy will not limit, extend, replace or delay the right of any person to file a complaint with any federal, state or city agency having the authority to hear complaints of discrimination, harassment, and/or retaliation.

H.     The Department adopts the attached City EEO Policy in whole, and incorporates it by reference into this General Order.

## III.  RESPONSIBILITIES

All employees of the Chicago Fire Department (uniform and civilian) are to comply with this policy as mandated by this order.

**BY ORDER OF:**

**Jose A. Santiago**

**Fire Commissioner**

**TO BE READ AT FOUR (4) ROLL CALLS AND POSTED.**

**Distribution: C**

DOE.DEF.000265



**DEPARTMENT OF HUMAN RESOURCES**
CITY OF CHICAGO

## CITY OF CHICAGO DIVERSITY AND EQUAL EMPLOYMENT OPPORTUNITY POLICY

### I. Statement of Purpose

The purpose of the City of Chicago Diversity and Equal Employment Opportunity Policy ("Policy") is to ensure the full and active participation of all employees in the City's workforce and provide an effective means for the resolution of complaints of discrimination and harassment brought by City employees.

This Policy is implemented and enforced by the Diversity and Equal Employment Opportunity Division ("the Diversity and EEO Division") of the Department of Human Resources ("DHR"). Through this Policy, the City seeks to recruit, nurture and retain a workforce that reflects the diversity of our communities.

The City of Chicago is an Equal Employment Opportunity employer and is committed to providing equal opportunity in its recruitment, hiring, promotions, and transfers, and in all other employment practices and decisions. The City of Chicago follows all applicable federal, state, local laws and ordinances prohibiting discrimination.

The City encourages its employees to raise any concerns regarding implementation of this Policy to the Diversity and EEO Division, or the appropriate person in a City department. Retaliation against any person who makes a report concerning potential violations of this Policy, or cooperates with or assists the Diversity and EEO Division in enforcing this Policy, is expressly forbidden pursuant to the terms of this and other city policies.

### II. Prohibited Conduct
#### a. Discrimination

The City of Chicago, through this Policy, the Chicago Municipal Code and its Human Rights Ordinance, prohibits discrimination based on race, color, sex, gender identity, age, religion, disability,[1] national origin, ancestry, sexual orientation, marital status, parental status, and military service or discharge status. This Policy prohibits discrimination which is based on actual or perceived membership in any of the foregoing protected groups.

#### b. Sexual Harassment

---

[1] The City's procedures for requesting a Reasonable Accommodation for a disability as required by the Americans with Disabilities Act are set forth in a separate policy.

DOE.DEF.000266

The City of Chicago, through this Policy, prohibits sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers or work in a hostile environment as a condition of employment.

Sexual harassment includes any unwelcome sexual advance, or request for sexual favors or conduct of a sexual nature when:

- submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment or receipt of City services;
- submission to or rejection of such conduct by an individual is used as the basis of an employment or service decision affecting the individual; or
- such conduct has the purpose or effect of interfering with the work performance of an employee or creating an intimidating, hostile or offensive work environment.

There is a broad range of conduct which can, in certain circumstances, be considered sexual harassment under this Policy. This includes, but is not limited to, sexually suggestive or offensive remarks, sexually suggestive pictures or graffiti, sexually suggestive gesturing, verbal harassment or abuse of a sexual nature, the displaying of sexual objects, requests for sexual favors, stalking, sexual assault, touching, patting, or pinching, sending sexually suggestive email or text messages, and accessing sexually suggestive sites on the Internet.

### c. Other Forms of Harassment

Harassment based on race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, military service or discharge status is also prohibited by this Policy.

### d. Retaliation

It is a violation of this Policy to retaliate against any person who asserts his or her rights by: 1) opposing discriminatory practices in the workplace; 2) complaining about conduct prohibited by this Policy; 3) complaining to, cooperating with or assisting the Diversity and EEO Division or a City department in resolving a complaint of discrimination.

Actions taken against an employee or applicant which may be considered retaliatory include, but are not limited to, refusal to hire, denial of promotion or job benefits, demotion, suspension or discharge, or any other actions affecting the terms and conditions of employment.

### III. Applicability

This Policy applies to volunteers and employees, whether paid or unpaid, of the City of Chicago, as well as applicants for City employment.

### IV. Limitations

Nothing in this Policy is intended to nor shall be construed to create a private right of action against the City of Chicago or any of its employees. Furthermore, no part of this Policy shall be construed to create contractual or other rights or expectations.

Nothing herein is intended to affect the right of any person to:

- make a charge of discrimination at the Chicago Commission on Human Relations or any local, state or federal agency with jurisdiction over such claims;
- raise a grievance under a collective bargaining agreement, or

2

DOE.DEF.000267

- consult a private attorney

A determination that this Policy has been violated is not a determination of discrimination, harassment or retaliation under federal, state, or local law. Conduct that may not be considered unlawful under applicable federal, state, or local law may nevertheless violate this Policy, and result in disciplinary action, up to and including discharge.

**V.  Responsibilities of the Deputy Commissioner for Diversity and Equal Employment Opportunity**

The Deputy Commissioner for Diversity and Equal Employment Opportunity ("EEO Deputy") shall:

    a.  Direct the implementation of this Policy
    b.  Monitor the utilization of employees within all protected categories in an effort to identify unjustified underutilization that may constitute discrimination
    c.  Conduct regular reviews of this Policy and implement revisions as needed

**VI.  Responsibilities of the  EEO Officer**

Under the supervision of the EEO Deputy, the Equal Employment Opportunity Officer ("EEO Officer "), shall:

    a.  Manage the City's process for investigating and resolving complaints made pursuant to this Policy
    b.  Assist departments with questions related to implementation of this Policy and respond to questions regarding diversity and inclusion
    **c.  Conduct training to ensure that all employees are aware of this Policy and that all Department Heads, Departmental Liaisons and Supervisors understand their role in implementing this Policy and promoting a fair and inclusive workplace.**

**VII.  Responsibilities of Department Heads**

Each Department head must take necessary steps to implement this Policy within his or her department; including designating a Departmental EEO Liaison and making efforts to ensure that the liaison fulfills the duties established in this Policy.

**VIII.  Responsibilities of Departmental EEO Liaisons**

    **a.  Receiving complaints**

EEO Liaisons must promptly report any complaints of discrimination, harassment or retaliation to the EEO Officer. Liaisons must also promptly report any conduct they become aware of which may constitute discrimination, harassment or retaliation, even if no employee reports or complains about the conduct.

EEO Liaisons must also advise employees of their right to contact the EEO Division directly with any complaints or concerns.

    **b.  Assisting with EEO Division investigations**

Liaisons will assist with various aspects of the investigation process, such as scheduling time for employees to meet with EEO Division investigators, gathering documents pursuant to EEO Division requests and advising participants of the importance of confidentiality.

DOE.DEF.000268

### IX. Responsibilities of Supervisors
#### a. Reporting potential violations

Any supervisor who becomes aware of conduct that may be considered discriminatory, harassing or retaliatory as stated in this Policy, must report such conduct to a Departmental Liaison, or to the EEO Officer or EEO Deputy.

A supervisor who is aware of, or reasonably should be aware of discriminatory, harassing or retaliatory conduct, whether or not any employee complains about such conduct, but fails to report it, may be subject to discipline.

#### b. Reporting voluntary relationships

While voluntary social relationships are not prohibited by this Policy, the existence of a dating relationship and/or a physically intimate relationship between a supervisor and subordinate has the inherent potential for coercion and conflicts of interest, and may create the appearance of impropriety. Therefore, any supervisor who has such a relationship with another City employee over whom he or she has any supervisory authority must report this fact to his or her Department Head in writing. Supervisors who fail to report such relationships may be subject to discipline.

### X. Making Complaints
#### a. Reporting prohibited conduct

Any employee or applicant for City employment who believes that he or she has been discriminated against, or harassed on the basis of race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military service or discharge status, or who claims to have suffered retaliation as described in Section II of this Policy, may file a complaint with the Diversity and EEO Division. Contact information for the Division appears at the end of this Policy and is available on the City's Intranet and Internet.

An employee or applicant may also report any conduct believed to be discriminatory, harassing or retaliatory to his or her department's EEO liaison. As stated in this Policy, EEO liaisons are obligated to inform the EEO Division of any such reports they receive.

#### b. Time Limits

In order to help ensure an effective investigation, employees should voice their complaints as soon as possible. By promptly making complaints, employees allow the Diversity and EEO Division to preserve relevant information and recommend remedial measures.

A complaint of discrimination or harassment must be filed within one year of the date of the last alleged act of discrimination or harassment. A complaint of retaliation must be filed within one year of the date of the action that is alleged to have been retaliatory.

The filing of a complaint with the EEO Division does not limit, extend, replace, or delay the right of any person to file a similar charge with the Chicago Commission on Human Relations or any local, state or federal agency having authority to hear matters of discrimination. Failure to file a complaint with the EEO Division does not impact the rights of any person to file a charge with any agency having authority to address such charges.

DOE.DEF.000269

## XI. Investigation of Complaints

### a. Initiating the investigation

Upon receiving any complaint or report of discrimination, the EEO Division will first determine whether the allegations, if true, would constitute a violation of this Policy. If the allegations presented, even if true, would not constitute a violation, the EEO Division will proceed with one of the options set forth in section XII of this Policy, *Other Options for Resolution of Complaints*.

In cases where the allegations, if true, describe conduct that would constitute a violation of this Policy, the EEO Division will assign the matter a case number and initiate an investigation. The EEO Officer or his or her designee shall direct the investigation of all complaints.[2]

Allegations of conduct that violates the Violence in the Workplace Policy which are included in complaints filed pursuant to this Policy shall be investigated contemporaneously. Accordingly, any investigation report prepared pursuant to this Policy shall address all relevant policies.

### b. Duty to cooperate

All employees, including managers and supervisors, shall cooperate with EEO Division staff and departmental EEO Liaisons in the course of an investigation under this Policy. Failure to cooperate may subject an employee to discipline, as stated in the City of Chicago Personnel Rules.

In cases where the person making the complaint chooses not to pursue the matter or fails to cooperate with the EEO Division, the Division may nevertheless proceed with an investigation in order to determine if this Policy has been violated.

Any employee who knowingly makes a false accusation of discrimination, harassment or retaliation or knowingly provides false information in the course of an investigation, may be subject to discipline. A complaint made in good faith, even if found to be unsubstantiated, will not be considered a false accusation.

### c. Investigation Reports

When the investigation is complete, the EEO Officer will prepare an Investigation Report containing a summary of the evidence, and a finding of whether a Policy violation has occurred. The report will state whether the allegations are "sustained" or "unsustained." In instances where the EEO Officer finds that the allegations are sustained, the Investigative Report shall indicate the specific portion of the Policy and related section of the Personnel Rules that have been violated, and shall make a recommendation of discipline to the relevant department.

All Investigation Reports will be sent to the relevant Department Head(s) with a copy to the departmental EEO liaison(s). In sustained cases, the Investigation Report will also be submitted to the Office of the Corporation Counsel and to the Commissioner of the Department of Human Resources.

---

[2] The EEO Officer may delegate certain procedures established in this Policy to an EEO Investigator.

DOE.DEF.000270

### d. Notification of parties

The EEO Officer shall provide written notification to the complaining party ("Complainant") and the accused party ("Respondent") advising them of the outcome of the investigation. The departmental EEO Liaisons will be copied on this notification. The notification will not include the recommended discipline in sustained cases.

### e. Departmental Response

Within 30 days of receiving an Investigation Report making a sustained finding, the Department Head will advise the EEO Officer in writing of the actions taken by the department. The Department Head will indicate whether he or she has followed the recommendation stated in the report, taken some action or taken no action.

### f. Confidentiality

All complaints and investigations will be kept confidential, to the extent possible. However, in certain circumstances the EEO Division is required by law to disclose information related to an investigation.

In order to maintain confidentiality, the EEO Division may limit the distribution of the Investigation Report and the investigative file. In sustained cases, the Division will provide a copy of the Investigation Report to the Respondent, upon Respondent's request.

## XII. Other Options for Resolution of Complaints

### a. Referral to the department

If the EEO Officer determines that the allegations of the complaint, even if true, would not violate this Policy, but describe conduct that may be of concern to the department, the complaint will be forwarded to the EEO Liaison for further review by the department.

### b. Referral to the Inspector General's Office

If the allegations of a complaint describe conduct that is not covered by this Policy, but if true, may constitute other misconduct, the EEO Officer will advise the City of Chicago Office of Inspector General ("OIG") in writing.

### c. Other alternatives, as appropriate

In appropriate situations, the Diversity and EEO Division will work with departments to address complaints through mediation, counseling, providing written guidance, or other courses of action as determined by the EEO Officer.

### d. Complaints against City vendors

In cases alleging inappropriate conduct by individuals employed by City vendors or contractors, the EEO Officer will assist the department and affected City employees to be sure that any necessary mitigating actions are taken, although the Division's authority with respect to non-City employees may be limited.

DOE.DEF.000271

**XIII. Complaints concerning the Chicago Police Department or the Chicago Fire Department**

Complaints concerning employees of the Chicago Police Department or the Chicago Fire Department must be made in accordance with the General Orders in effect in those departments.

**XIV. Complaints involving members of the public**

Complaints by members of the public alleging that a City employee acting in the scope of his or her employment has engaged in conduct that may violate this Policy should be made to the Office of the Inspector General. The EEO Division will refer such complaints to the OIG in writing.

A City employee who believes that he or she has been subjected to discrimination or harassment by a member of the public may report such conduct to the Chicago Commission on Human Relations or to any agency having authority to address such complaints.

**XV. Penalties**

Employees found to be in violation of this Policy will be subject to discipline, up to and including discharge.

**XVI. Contacting the Diversity and EEO Division**

Employees may contact the Diversity and EEO Division in person, by email or by phone, using the contact information below. Our office hours are 8:30 a.m. to 4:30 p.m.

City of Chicago Department of Human Resources
Diversity and Equal Employment Opportunity Division
121 N. LaSalle Street, Room 1100
Chicago, IL 60602
Phone (312)744-4224
Facsimile (312) 744-1521
TTY (312)744-5035
Email eeodiversity@cityofchicago.org

7

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 7

**GENERAL ORDER**                                                   13-011

April 17, 2013

## SUBJECT:  INVESTIGATION/DISCIPLINARY PROCEDURES

**I.      PURPOSE**

This Order:

A.      re-defines the Department's policy on investigation/disciplinary procedures;

B.      rescinds General Order 01-001; and

C.      becomes effective immediately.

**II.     SCOPE**

A.      The investigation procedures set forth in this General Order do <u>not</u> apply to any conduct addressed in the City of Chicago Diversity and Equal Employment Opportunity Policy (the "City EEO Policy") including discrimination, sexual harassment, other forms of harassment, retaliation, and any conduct which may be covered by the City EEO Policy in the future.

B.      Investigations relating to discrimination, sexual harassment, other forms of harassment and retaliation are governed by the City EEO Policy, which has been expressly adopted by the Chicago Fire Department (CFD).  A copy of the City EEO Policy is available through General Order 13-006, *Discrimination/Harassment Investigation Policy and Procedures*.

C.      Complaints relating to conduct arising under the City EEO Policy can be made to CFD supervisors, CFD's EEO Liaison (Deputy Commissioner of CFD Human Resources), or the City of Chicago's Department of Human Resources.

1.      Any complaints of discrimination, harassment or retaliation must be promptly forwarded by any CFD supervisor to the City of Chicago's Equal Employment Opportunity Office or the Department of Human Resources or through the appropriate union procedure.

2.      Liaisons must also promptly report any conduct which may constitute discrimination, harassment or retaliation promptly, even if such conduct is not the subject of a formal complaint.

DOE.DEF.000273

## III.   INTRODUCTION

A.   The Department will assign investigations to appropriate Department personnel, which may or may not include the Internal Affairs Division (IAD).

B.   **TIME SPAN**

It is encouraged that all investigations be completed in a thorough and timely manner. A delay in completing investigations shall not, in and of itself, result in the nullification or reduction of the employer's pending disciplinary action.

C.   **INVESTIGATION REVIEW NUMBER**

1.   An Investigation Review Number (IR Number) will continue to be used to maintain control of the disciplinary procedure.

2.   In each instance that a department employee is accused of a violation of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures of the Chicago Fire Department, or other departmental regulations, an IR Number will be obtained from the Internal Affairs Division (IAD) or from the Fire Alarm Office, Office of Emergency Management and Communications (OEMC).

## IV.   PROCEDURES

A.   **ALLEGED VIOLATION(S) OF CODE OF PROFESSIONAL CONDUCT, RULES AND REGULATIONS, PRACTICES AND PROCEDURES**

**Step 1.**   When an alleged violation of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures of the Chicago Fire Department has occurred, the accused will be verbally advised of the allegation(s) against him/her and that there will be an investigation into said violation(s). The supervisor of the accused employee shall inform his/her appropriate supervisor of the alleged violation(s) and subsequent investigation.

**Step 2.**   The accused employee's appropriate supervisor shall obtain an IR Number by calling the Internal Affairs Division (IAD) between 0800 and 1600 hours on Monday through Friday by dialing 312-745-3888/Marshal Line #9463. After 1600 hours on Monday through Friday, and on Saturday, Sunday, or a holiday, the IR Number will be obtained from the OEMC by dialing 312-746-9500/9600 or Marshal Line #0. The IR Number, when obtained, will be written on a Form #903 (Allegations of Violations) in the space provided. Include the IR Number on the top right hand side of the page on ALL documents submitted.

DOE.DEF.000274

**Step 3.**  The accused employee's appropriate supervisor shall prepare the Allegations of Violations (Form #903) which will answer the questions: who, what, when and where, listing any and all witnesses in the space provided. The sections of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures allegedly violated shall NOT be listed on the Form #903. The Form #903 should be brief and to the point. A Form #2/2A should be utilized by the appropriate supervisor if more explicit details need to be made part of the investigation and included in the file.

**Step 4.**  The accused employee's appropriate supervisor shall give a copy of the Allegations of Violations (Form #903) to the accused and advise the accused that he/she has seventy-two (72) hours (96 hours for EMS personnel) to submit a written Statement of Facts on a Form 2/2A. The accused Statement of Facts will then become a permanent part of the investigation file. The employee may choose not to make a statement which must be indicated on a Form #2/2A and will serve as the Statement of Facts. If the employee does not submit a Statement of Facts as required within 72/96 hours, the Department shall proceed with the investigation based upon available information.

**NOTE:**  The accused, upon request, shall be entitled to union representation during the course of the investigative interview process. The right to union representation does not apply to routine situations involving instruction, training, direction to or correction of an employee, questioning, or informative counseling of an employee in the normal course of operations.

**NOTE:**  If the appropriate supervisor cannot serve allegations or charges to the accused due to the accused being laid-up or on administrative leave etc., all paperwork is to be directed to the Discipline Officer who, in conjunction with the CFD Human Resources Division, will serve all notices to the accused. This does NOT preclude the District/Division from continuing the investigation. The Discipline Officer will serve only as a medium for paperwork to be routed to the accused.

**Step 5.**  The accused employee's appropriate supervisor shall secure a written statement on a Form #2/2A from ALL witnesses listed on the Form #903. Any employee who is listed as a witness shall provide a statement which will be included as part of the investigation. Witnesses are not limited to those listed on the Form #903.

**NOTE:**  Due to furloughs, Daley days, etc., every attempt must be made by the accused employee's appropriate supervisor to collect witness statements during the tour of duty on which the alleged violation(s) occurred. An exception is made when the department is made aware of the violation(s) at a later date.

**Step 6.**  An investigation by the appropriate superior officer shall be conducted. He/she shall review the Allegations of Violations, Statement of Facts by the accused, witness statements, and any other pertinent information. A Form #2/2A shall be submitted by the superior officer who shall include a summary of statements made by all individuals and a conclusion as to the facts of the incident. The superior officer's statement must be included as part of the investigation file.

DOE.DEF.000275

**Step 7.** The Allegations of Violations (Form #903), Statement of Facts from the accused, witness statement(s), the superior officer's investigation/statement, and all other pertinent information will now be forwarded to the appropriate Assistant Deputy Fire Commissioner, District Chief, or Deputy Chief Paramedic (ADFC/DC/DCP) who will review the investigation file and determine if the allegations are sustained or not sustained and if discipline is to be recommended. At this time the Discipline Routing Sheet (Form #912) shall be prepared and added to the investigation file. The Discipline Routing Sheet will serve as a cover page.

B.   **ALLEGATION(S) NOT SUSTAINED/UNFOUNDED (Form #906 request)**

**Step 1.** If the allegation is determined to be not-sustained/unfounded, the ADFC/DC/DCP shall summarize the investigation (Form #2A) to include the reason for not sustaining the allegation(s).

**Step 2.** The ADFC/DC/DCP shall submit a copy of the entire investigation file directly to the Discipline Officer for review. The original file shall be retained pending a decision by the Discipline Officer.

**Step 3.** The Discipline Officer shall review the investigation and recommendation to not-sustain being made by the ADFC/DC/DCP. Upon concluding that the investigation is not-sustained/unfounded, the Discipline Officer shall send his/her recommendation back to the originating ADFC/DC/DCP with instruction to issue a CFD Form #906 to the accused.

**Step 4.** After reviewing the Discipline Officer's recommendation, the ADFC/DC/DCP shall issue a Form #906 (case not-sustained/unfounded) to the accused.

- The completed investigation file (original) shall then be forwarded to the Discipline Officer and retained by IAD.

- A copy of the completed Form #906 shall also be forwarded to the Discipline Officer. The investigation is now closed.

**NOTE:** Negative drug tests (Vehicle Accidents Only) can be immediately non-sustained (Form #906) by the ADFC/DC/DCP (this does not apply to separate IR Numbers secured for subsequent or related violations). Forward a copy of the completed Form #906 to the Discipline Officer.

**NOTE:** The Discipline Officer may disapprove a Form #906 request by the ADFC/DC/DCP. Should this occur, a directive will be sent back to the originating district instructing that the investigation continue.

C.   **ALLEGATION(S) SUSTAINED**

**Step 1.** If the allegation is sustained, the ADFC/DC/DCP shall determine the proper sections of the Code of Professional Conduct, Rules and

DOE.DEF.000276

Regulations, Practices and Procedures or other department written regulations which were violated by the accused. The proper charges/specifications shall be prepared in duplicate on a Form #2A, addressed to the Bureau Commander and placed in the investigation packet.

**Step 2.** A copy of the charges/specifications and if appropriate, a Dock Notice (Form #907), shall be served to the accused who shall sign a Receipt of Charges (Form #913) acknowledging receipt of same. The original documents shall become part of the investigation file.

**NOTE:** If appropriate, a Dock Notice (Form #907) shall be prepared in triplicate, one (1) copy placed in the investigation file, one (1) copy given to the accused, and the original copy forwarded through the chain of command to the Discipline Officer for approval by the appropriate Bureau Commander. Upon approval, the original Dock Notice will be forwarded to CFD Human Resources.

**Step 3.** Charges/Specifications served shall be recorded in the company journal and the signed Receipt of Charges returned to the ADFC/DC/DCP. The Receipt of Charges shall then be placed in the investigation file, along with the original charges served.

**Step 4.** The ADFC/DC/DCP will review and then summarize the investigation utilizing a Form #2A. Upon completion, the entire investigation file will be forwarded to the Discipline Officer. This summarization shall include the reason for finding the case sustained, and conclude with a recommendation to the Discipline Officer that "*appropriate discipline*" be imposed.

**NOTE:** To obtain prior related discipline, it will no longer be necessary for the ADFC/DC/DCP to forward the investigation file to IAD upon completion of the investigation. The file will now be forwarded directly to the Discipline Officer. The Discipline Officer will contact IAD for prior related discipline as necessary. The ADFC/DC/DCP may contact the Discipline Officer at any time during normal business hours to discuss the accused past discipline history if needed.

D.   Upon forwarding the investigation file to the Discipline Officer, the file should contain the following documents:

1.   Routing Sheet (Form #912)
2.   Allegations of Violations of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures (Form #903)
3.   Statement of Facts from accused (Form #2/2A)
4.   Witness statement(s) (Form #2/2A)
5.   Investigation/summary reports by appropriate superior officer(s) (Form 2/2A)
6.   Charges/specifications (Form #2A)
7.   Receipt of Charges (Form #913)
8.   Dock Notice (if appropriate) (Form # 907)
9.   Any additional documents related to the investigation

DOE.DEF.000277

10. ADFC/DC/DCP summarization and recommendation for "*appropriate discipline*" (Form 2A)

E. The Discipline Officer will check the investigation file for completeness and accuracy and make a determination of discipline to be imposed.

F. **DISCIPLINE OFFICER RECOMMENDATIONS: FORM #906 (UNFOUNDED/NOT-SUSTAINED), ORAL/WRITTEN REPRIMANDS, SUSPENSION/TERMINATION**

1. **FORM #906 (Unfounded/Not-sustained)**

   a. If an investigation is determined by the Discipline Officer to be unfounded/not-sustained, a Form #2A will be issued along with the investigation file to the originating ADFC/DC/DCP with a directive to issue a Form #906 to the accused.

   b. When completed, the Discipline Officer shall forward the investigation file to IAD to close the investigation.

2. **ORAL/WRITTEN REPRIMANDS**

   a. If the determination is made by the Discipline Officer to issue the accused an oral or written reprimand, a memorandum will be sent to the ADFC/DC/DCP from the Discipline Officer to conduct a Notification Review meeting with the accused (see Notification Review Procedures).

   b. The ADFC/DC/DCP will schedule a Notification Review meeting with the accused utilizing Form #909 (Schedule of Notification Review).

3. **SUSPENSION/TERMINATION**

   a. The ADFC/DC/DCP requests that the Discipline Officer issue appropriate discipline to the accused. Based on the severity of the charges in the investigation and the disciplinary history of the accused, the Discipline Officer will determine the discipline to be imposed. The Discipline Officer may determine the appropriate discipline to be that of an oral reprimand, written reprimand or any form of discipline up to and including termination (discharge).

   b. When the Discipline Officer determines that a suspension or termination is the discipline to be imposed, a recommendation is written to the employee's Bureau Commander summarizing the investigation and requesting that the Bureau Commander review the recommended discipline.

      i. Notification Review paperwork is then prepared by the Discipline Officer and sent to the CFD Human Resources Division, IAD or the ADFC/DC/DCP who originated the investigation.

DOE.DEF.000278

G. **NOTIFICATION REVIEW PROCEDURE**

1. Prior to taking any final disciplinary action, the department shall notify the accused of the contemplated discipline to be imposed.

2. When possible, the accused shall be notified one (1) work day in advance of a notification review meeting utilizing Form #909 (Schedule of Notification Review).

3. At the notification review meeting, the accused will be informed of the reasons for the contemplated disciplinary action and shall be provided with the following documents:

   a. Disciplinary Officer's Recommendation (Form #2/A)
   b. Allegations of Violations (Form #903)
   c. Employee's initial Statement of Facts (Form #2/2A)
   d. Statement of Charges and Specifications (Form 2/2A)
   e. Acknowledgment of Notification Review (Form #908)
   f. Prior related discipline (if applicable)

**NOTE:** The Discipline Officer will assemble and provide these documents to the District/Division. The employee shall be entitled to secure his/her own union representation at the notification review meeting. It is the sole responsibility of the employee to obtain this representation.

4. The accused shall be given the opportunity to rebut the reasons for imposed discipline within seventy-two (72) hours (96 hours for E.M.S. personnel) from the date of the Notification Review meeting by submitting a rebuttal in writing, through the chain of command, to the Chief Officer or supervisor who conducted the review.

   a. If an employee does not submit a rebuttal within the allotted time, the employer will continue to process the original recommendation made by the Discipline Officer.

   b. Employees shall sign the Form #908 (Acknowledgment of Notification Review) at the Notification Review meeting.

   **Step 1.** Upon completion of the Notification Review meeting, and after 72/96 hours (or whenever the employee's rebuttal is received prior to 72/96 hours), the Form #909 (Schedule of Notification Review), Form #908 (Acknowledgment of Notification Review), Form #912 (updated Routing Sheet), and the rebuttal (if any) shall be returned to the Discipline Officer for continued processing.

DOE.DEF.000279

**Step 2.** When the Discipline Officer receives a rebuttal from the accused member, the rebuttal shall be reviewed for new information or mitigating circumstances which were not previously revealed in the investigation. A change in the original discipline recommended will necessitate a second Notification Review with the accused and a second rebuttal period. If no change in discipline is determined by the Discipline Officer, the original discipline recommended will be imposed. The ADFC/DC/DCP will be notified, per a memorandum, of the discipline determination made by the Discipline Officer.

**NOTE:** For cases of an Oral or Written reprimand **WITH** a rebuttal, the ADFC/DC/DCP must send the rebuttal to the Discipline Officer for review, along with the updated Routing Sheet (Form #912), Form #909, and the Form #908. Upon review of the rebuttal by the Discipline Officer, a memorandum will be sent to the originating District/Division, notifying the ADFC/DC/DCP of any possible change in the original discipline recommendation. A change in the original recommendation will necessitate a second Notification Review and rebuttal period. If there is no change in the original discipline recommended, the district shall serve the final discipline to the accused utilizing Form #911 (Oral Reprimand) or Form #900 (Written Reprimand). The entire investigation file shall be forwarded to the Discipline Officer and retained by IAD. A copy of the final discipline being imposed (Form #911 or Form #900) shall also be sent to the Discipline Officer who will close the investigation.

**NOTE:** For cases of an Oral or Written reprimand **WITHOUT** a rebuttal, the ADFC/DC/DCP may serve final discipline to the accused (Form #911/#900) after the allotted 72/96 hour rebuttal period has ended (or immediately if the accused waives his/her right to rebuttal), with the prior approval of the Discipline Officer.

Once served, the ADFC/DC/DCP shall forward the original investigation file and a copy of the final discipline to the Discipline Officer. The investigation is now closed.

**Step 3.** Discipline investigations which result in suspension or termination will require the investigation to continue and cause the initiation of a Personnel Action Request Form (Form #996/997) which will be prepared by the Discipline Officer.

**Step 4.** The complete investigation file and the Personnel Action Request Form will be forwarded to the Fire Commissioner who will make the final determination as to the discipline to be imposed.

**Step 5.** The investigation file will then be returned to the Discipline Officer by the Fire Commissioner to record final discipline. A change in discipline made by the Fire Commissioner would necessitate a second Notification Review and rebuttal period.

**Step 6.** The completed Form #996/997 is then forwarded to the CFD Human Resources Division. The Deputy Commissioner of CFD Human Resources shall prepare a Suspension Notice (Form #901) for all cases of suspension.

DOE.DEF.000280

**NOTE:** In a termination case, the accused will receive written notification from the CFD Human Resources Division informing the accused of his/her termination (discharge) from the department. A copy of this written notification will be sent to the Discipline Officer.

**Step 7.** The Suspension Notice will be forwarded to the ADFC/DC/DCP (originating District) who, along with the CFD Human Resources Division, will determine the dates of suspension.

**Step 8.** The final discipline will be delivered to the employee and a notation regarding suspension/discharge date(s) will be entered into the company journal.

**Step 9.** The Suspension Notice, indicating the dates of suspension, shall be returned to the CFD Human Resources Division addressed to the Deputy Commissioner of CFD Human Resources.

**Step 10.** The Deputy Commissioner of CFD Human Resources shall send a notice of the pending suspension to the Payroll Division.

**Step 11.** A copy of the Suspension Notice (Form #901) shall be sent to the appropriate persons listed on the Form #901 to close the investigation.

**Step 12.** All completed discipline files will be forwarded to the Discipline Officer and retained by IAD. The ADFC/DC/DCP may choose to retain a copy of the completed investigation for file.

**V.    FORMS TO BE USED IN THE DISCIPLINARY PROCEDURE:**

A.    **FD #2/2A**

1. Charges and Specifications
2. Statement of Facts from the accused
3. Statement of Facts from witnesses (if any)
4. Superior Officer(s) investigation (summary)
5. ADFC/DC/DCP summation and recommendation for appropriate discipline

| | | |
|---|---|---|
| B. | **FD #900** | Written Reprimand |
| C. | **FD #901** | Suspension Notice |
| D. | **FD #903** | Allegations of Violations |
| E. | **FD #906** | Charges Not-Sustained/Unfounded |
| F. | **FD #907** | Dock Notice |
| G. | **FD #908** | Acknowledgment of Notification Review |
| H. | **FD #909** | Schedule of Notification Review |
| I. | **FD #911** | Oral Reprimand |
| J. | **FD #912** | Disciplinary Routing Sheet |
| K. | **FD #913** | Receipt of Charges |
| L. | **FD #996/997** | Personnel Action Request Form |

DOE.DEF.000281

VI.   **RESPONSIBILITIES**

It is the responsibility of all employees to be familiar with this order and its implementation.

**APPROVED:**

**José A. Santiago**
**Fire Commissioner**

**TO BE READ AT FOUR ROLL CALLS AND POSTED**

**Distribution:  B**

DOE.DEF.000282

# CHICAGO FIRE DEPARTMENT

I.R. No. _____

## WRITTEN REPRIMAND

Employee: _____     S.S.N. _____

File# _____ District/Division: _____ Assignment: _____ Plt.: _____

Date of
Violation _____ Time: _____ Location: _____

This is to inform you that you are reprimanded according to the provisions of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures or other regulations of the Chicago Fire Department.

The cause of the reprimand is:

This action was in violation of:

A repetition of the above violation(s) may result in further disciplinary action.

_____
ADFC/DC/DCP                                    Date

_____
Employee Signature                            Date

_____
Witness Signature                             Date

Distribution: Employee
              I.R. File
              Human Resources Division                    F.D. 900
              Discipline Office                           Revised 4/5/13

DOE.DEF.000283

**CHICAGO FIRE DEPARTMENT**

I.R. No. _____

**SUSPENSION NOTICE**

Employee: _____     S.S.N. _____

File# _____   District/Division: _____   Assignment: _____   Plt.: _____

Rank/Job Title: _____

By Order of the Fire Commissioner you are hereby suspended for _____

calendar days, effective at _____ hours, on _____

You are to return to work on _____

The cause of suspension is:

This action is a violation of:

Received by:

_____          _____
Deputy Commissioner                       Employee Signature                Date
CFD Human Resources

                                          _____
                                          Witness Signature                 Date

Distribution:
    Employee
    ADFC/DC/DCP
    Human Resources Division
    Local #2                                    F.D. 901
    Labor/Employee Relations                    Revised 4/5/13

DOE.DEF.000284

## CHICAGO FIRE DEPARTMENT

I.R. No. _____

## ALLEGATIONS OF VIOLATIONS

**TO:**     ADFC/DC/DCP

**FROM:**

**DATE:**

**SUBJECT:**     Allegations of violations of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures or other regulations of the Chicago Fire Department

Employee: _____     S.S.N. _____

File# _____     District/Division: _____     Assignment: _____     Plt.: _____

Rank/Job
Title: _____

Date of Violation: _____     Time: _____     Location: _____

Narrative: (Who, What, When, Where)

Witnesses of violation(s),
please list: Must receive Form #2     _____
from all witnesses                          Officer/Company                          Date

_____     _____
                                                       BC/FO                                            Date

_____
_____     _____
                                                       ADFC/DC/DCP                                 Date

Signature: _____     Date: _____

Statement of Facts to be returned within 72 hours (96 hours for EMS Personnel)

Distribution: Accused                                          F.D. 903
                     I.R. File                                            Revised 4/5/13

DOE.DEF.000285

# CHICAGO FIRE DEPARTMENT

I.R. No. _____

## INVESTIGATION OF VIOLATIONS OF CODE OF PROFESSIONAL CONDUCT, RULES/REGULATIONS

**TO:**

**FROM:**

Please be advised you have been the subject of an investigation by this office. The results of this investigation have disclosed that the allegation(s) concerning you has/have been classified as not- sustained / unfounded. (Circle one)

_____
Signature/Rank (officer)                    Date

_____
Received by: (accused)                      Date

Distribution: Employee
               I.R. File                                         F.D. 906
               Discipline Office                          Revised 4/5/13

DOE.DEF.000286

# CHICAGO FIRE DEPARTMENT

I.R. No. _____

## DOCK NOTICE

**TO:**     Deputy Fire Commissioner

**FROM:**

**SUBJECT:**  DOCK

Employee: _____    S.S.N. _____

File# _____ District/Division: _____ Assignment: _____ Plt.: _____

Rank/Job Title _____

You are hereby requested to dock the above named employee for absence form duty:

At: _____      Hours on: _____
            (Time)                               (Date)

Through: _____    Hours on: _____
                (Time)                            (Date)

Total Hours to be docked for pay purposes are _____ hours.

The cause for this dock is:

_____
ADFC/DC/DCP                       Date

_____
Approval:  Bureau Deputy Fire Commissioner

Distribution:
     Original to Bureau Commander
     Employee                              F.D. 907
     I.R. File (if applicable)            Revised 4/5/13



# CHICAGO FIRE DEPARTMENT

IR. NO. _____

### ACKNOWLEDGMENT OF NOTIFICATION REVIEW
### AND RECEIPT OF DOCUMENTS

THE UNDERSIGNED HEREBY ACKNOWLEDGES THAT WITH REGARD TO THE FOLLOWING INCIDENT, HE/SHE HAS RECEIVED NOTIFICATION OF THE RECOMMENDED DISCIPLINE. DISCIPLINARY RECOMMENDATIONS OF SUSPENSION/DISCHARGE WILL BE FORWARDED TO THE FIRE COMMISSIONER FOR FINAL APPROVAL AND SUBSEQUENT IMPOSITION.

EMPLOYEE: _____ FILE NO.: _____

DISTRICT/DIVISION: _____ Assignment: _____ PLT. _____

DATE OF INCIDENT: _____

CHARGES: _____

RECOMMENDED DISCIPLINE: _____

PURPOSE OF THIS REVIEW IS TO PROVIDE NOTICE OF THE RECOMMENDED DISCIPLINE AND TO ALLOW REBUTTAL IF MEMBER SO ELECTS. REBUTTAL WILL BE PRINTED/TYPED ON A FORM #2/FORM #2A, TO BE SUBMITTED WITHIN 72 HOURS OF THE DATE AND TIME OF NOTIFICATION REVIEW.

DATE OF NOTIFICATION: _____

DATE PERIOD FOR REBUTTAL ENDS: _____

_____
EMPLOYEE

_____
UNION REPRESENTATIVE

_____
NOTIFICATION REVIEW OFFICER

********************************************************************************
I ALSO ACKNOWLEDGE RECEIPT OF THE FOLLOWING DOCUMENTS
_____ ALLEGATIONS OF VIOLATIONS (FORM #903)
_____ STATEMENT OF CHARGES AND SPECIFICATIONS
_____ EMPLOYEE'S INITIAL STATEMENT OF FACTS
_____ DISCIPLINARY OFFICERS RECOMMENDATION
_____ PERTINENT PAST DISCIPLINE (COPIES OF FINAL DISCIPLINE)

_____
SIGNATURE OF EMPLOYEE            DATE

DISTRIBUTION:
EMPLOYEE/I.R. FILE                                F.D. 908 REVISED 4/5/13

DOE.DEF.000288

# CHICAGO FIRE DEPARTMENT

I.R. No. _____

## SCHEDULE OF NOTIFICATION REVIEW

**TO:**

**FROM:**

This is to inform you that a notification review is scheduled for the following date and time:

**DATE:**

**TIME:**

**LOCATION:**

The company officer will enter the above date and time in the company journal.

Company _____     Journal page number _____

Please be advised that you are entitled to union representation at this notification review meeting. It is your responsibility to make notification to the union if you choose to be represented.

_____
Name of serving officer / Rank                    Date

_____
Received by:  Accused                           Date

Distribution: Accused                                      F.D. 909
         I.R. File                                      Revised 4/5/13

DOE.DEF.000289

# CHICAGO FIRE DEPARTMENT

I.R. No. _____

## ORAL REPRIMAND

Employee: _____  S.S.N. _____

File# _____  District/Division: _____  Assignment: _____  Plt.: _____

Date of
Violation _____  Time: _____  Location: _____

This is to inform you that you are reprimanded according to the provisions of the Code of Professional Conduct, Rules and Regulations, Practices and Procedures or other regulations of the Chicago Fire Department.

The cause of the reprimand is:

This action was in violation of:

A repetition of the above violation(s) may result in further disciplinary action.

_____
ADFC/DC/DCP                                    Date

_____
Employee Signature                             Date

_____
Witness Signature                              Date

Distribution: Employee
              I.R. File
              CFD Human Resources Division            F.D. 911
              Discipline Officer                      Revised 4/5/13

DOE.DEF.000290

INVESTIGATIVE REVIEW
ROUTING SHEET

DATE: _____     I.R. NUMBER: _____

EMPLOYEE: _____  RANK: _____  FILE NUMBER: _____

ASSIGNMENT: _____  DISTRICT/DIVISION: _____  BATTALION/AREA: _____

PLATOON: _____  DALEY: _____  FURLOUGHS _____

|  |  | DATE: | BY WHOM: |
|---|---|---|---|
| 1. | **Date of Incident / Name of Accused** |  |  |
| 2. | **I.R. Number Obtained** |  |  |
| 3. | **FD-903 (Allegations) Completed/Served** |  |  |
| 4. | **Statement of Accused Submitted** *(required)* |  |  |
| 5. | **BC/FC Investigation Completed** |  |  |
| 6. | **DDC/ADCP Investigation Completed** |  |  |
| 7. | **ADFC/DC/DCP Summation Completed** |  |  |
| 8. | **Charges Prepared by ADFC/DC/DCP** |  |  |
| 9. | **Dock Form #907 Completed (if required)** |  |  |
| 10. | **Charges Served to Accused** |  |  |
| 11. | **Receipt of Charges (FD-913) Recorded in Company Journal** |  |  |
| 12. | **File Prepared and Forwarded to Discipline Officer** |  |  |
| 13. | **File Received and Recorded by Discipline Officer** |  |  |
| 14. | **Review and Recommendation by Discipline Officer** |  |  |
| 15. | **Approval by Deputy Fire Commissioner** |  |  |
| 16. | **File Forwarded to DDC/ADCP (via ADFC/DC/DCP) for Notification Review** |  |  |
| 17. | **Notification Review Held With Accused** |  |  |
| 18. | **Rebuttal** *Submitted* **by Accused........***None Submitted* **(circle)** |  |  |
| 19. | **File Returned to Discipline Office** |  |  |
| 20. | **Form #997 Prepared by Discipline Officer & forwarded to Fire Commissioner** |  |  |
| 21. | **File Returned to Discipline Officer by Fire Commissioner** |  |  |
| 22. | **File Forwarded to CFD Human Resources** |  |  |
| 23. | **Final Discipline to DDC/ADCP (via ADFC/DC/DCP)** |  |  |
| 24. | **Final Discipline to Accused: FD-901 (Suspension), FD-900 (Written Reprimand) or FD-911 (Oral Reprimand)** |  |  |
| 25. | **Notice Returned to CFD Human Resources (FD-901 Only)** |  |  |
| 26. | **Notice Returned to Discipline Officer (FD-900/FD-911 Only)** |  |  |
| 27. | **FD-906 Prepared (if Not Sustained or Unfounded)** |  |  |
| 28. | **FD-906 Served to the Accused (Copy to Discipline Officer)** |  |  |
| 29. | **File Closed by Discipline Officer** |  |  |
| 30. | **Investigative File to IAD (Original Paperwork)** |  |  |
| **Remarks:** |  |  |  |
|  |  |  |  |

**F.D. 912 Revised 4/5/13**

DOE.DEF.000291

# CHICAGO FIRE DEPARTMENT

I.R. No. _____

## RECEIPT OF CHARGES

I hereby acknowledge that I have received a copy of charges against me. I understand that this acknowledgment does not constitute an admission relative to said charges.

_____
Employee Signature                                    Date

Charges served by:

_____
Signature                                                      Date

_____
Rank

Witness:

_____
Witness signature                                        Date

_____
Rank

_____
Assignment of witness

Receipt of charges to the above must be recorded in company journal.

Company number: _____        Journal page number _____

Distribution: Employee                                                F.D. 913
           I.R. File                                                         Revised 4-5-13

DOE.DEF.000292

# CHICAGO FIRE DEPARTMENT
PERSONNEL ACTION

Name _____  Soc. Sec. No. _____  File No. _____

Job Title _____  Title Code _____  Grade _____  Badge _____

Unit _____  Bureau _____  Plat / Daley _____

Cont. Serv. Date _____  Seniority _____  Birth Date _____  Sex ____  Race _____

Home Address _____  Zip _____  Home Phone _____

Detailed to Unit _____  Bureau _____  Detail Date _____

Marital Status _____  Spouse's Name _____  Employee's Previous Name _____

TYPE OF ACTION          Effective _____  Hours on _____

| | | |
|---|---|---|
| Resignation | New Hire | |
| Age and Service | Transfer into Department | |
| Compulsory Retirement | Reinstatement | |
| Death | Promotion | |
| Discharged (Charges) | Reinstatement to | |
| Leave of Absence | Career Service Rank | |
| Dock in Pay | Title Change Only | |
| Suspension (Number of Calendar Days) | Name Change | |
| Extension of Leave | Other | |

REMARKS

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(For Suspension Only) Incident Date _____  I.R. # _____

☐  Recommended          ☐  Submitted for          ☐  Approved          ☐  Disapproved
    Approval                 Processing

Deputy Commissioner          Date          Fire Commissioner
CFD Human Resources

xc:  Commissioner                    F.D. #996 / 997 Rev. (4/5/13)
     Payroll
     District/Division
     File

April 2, 2013

DOE.DEF.000293

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 8

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

 **DEPARTMENT MEMO**                    M-105-18

                                          October 30, 2018

## SUBJECT: EQUAL EMPLOYMENT OPPORTUNITY (EEO)/SEXUAL HARRASSEMENT POLICY & PROCEDURE (SHPP) CHANGES

Effective immediately, concerns relating to EEO/SHPP shall be made through any Chicago Fire Department (CFD) supervisors or to CFD designee, All EEO/SHPP complaints shall be forwarded to CFD's Internal Affairs Division (IAD).

All members shall be responsible for reviewing the following General Order's for changes.

General Orders:
18-007
18-008
18-009
18-010


**APPROVED:**

Richard C. Ford II
**Fire Commissioner**

**TO BE READ AT FOUR (4) ROLL CALLS AND POSTED**

**Distribution: A**

DOE.DEF.013737

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 9

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# GENERAL ORDER

18-010

October 30, 2018

## SUBJECT: SEXUAL HARASSMENT POLICY

### I. PURPOSE

A. Reaffirms the Chicago Fire Department's policy that all employees have the right to be treated with dignity and respect;

B. Adopts the City of Chicago Diversity and Equal Employment Opportunity Policy (the "City EEO Policy") as CFD's Sexual Harassment Policy and Procedure;

C. Rescinds General Order 13-010; and

D. Becomes effective immediately.

### II. POLICY

A. The Chicago Fire Department (CFD) is committed to providing a workplace in which all individuals are treated with respect and dignity. Each employee has the right to work in an environment free of sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers.

B. This General Order adopts, in whole, the City of Chicago Diversity and Equal Employment Opportunity Policy as CFD's Sexual Harassment Policy and Procedure, which can be found attached to CFD General Order 18-008 (Discrimination/Harassment Investigation Policy and Procedures).

C. Complaints relating to conduct arising under the City EEO Policy, including sexual harassment, can be made to CFD supervisors, CFD's EEO Liaison (as designated by the Fire Commissioner), or the City of Chicago's Department of Human Resources or through the appropriate union procedure. Any complaint of sexual harassment or retaliation must be promptly forwarded by any CFD supervisor to the City of Chicago's Equal Employment Opportunity Office or the Department of Human Resources. Liaisons must also promptly report any conduct which may constitute harassment or retaliation promptly, even if such conduct is not the subject of a formal complaint.

APPROVED:

**Richard C. Ford II**
**Fire Commissioner**

## TO BE READ AT FOUR ROLL CALLS AND POSTED

**Distribution: C**

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 10

**GENERAL ORDER** _____ 18-008

October 30, 2018

## SUBJECT: DISCRIMINATION/HARASSMENT INVESTIGATION POLICY AND PROCEDURES

I. **PURPOSE**

This Order:

    A.    Reaffirms the Chicago Fire Department's policy on the prohibition of all forms of illegal discrimination, harassment, and retaliation;

    B.    Establishes procedures for compliance and processing of complaints of discrimination, harassment, and retaliation in the work environment by adopting and incorporating the City of Chicago Diversity and Equal Employment Opportunity Policy ("City EEO Policy");

    C.    Rescinds General Order 13-006 and

    D.    Becomes effective immediately.

II. **POLICY**

    A.    The policy of the Chicago Fire Department (CFD) is to promote a professional work environment wherein employees extend mutual respect to one another.

    B.    Harmonious, cooperative conditions are necessary in order to ensure the efficiency of operations and peak performance by employees within the department.

    C.    Supervisors shall strive to promote professional demeanor at all times, and will require the same from all members under their command. Counseling of members by the appropriate supervisor will be utilized in all cases of conflict to avoid escalation of potential disharmony or abuse.

    D.    Discrimination, harassment and retaliation, as defined in the City EEO Policy, are strictly prohibited by CFD in accordance with that policy.

    E.    This policy is applicable to all employees and members of the department, both uniformed and civilian, male and female, supervisor and co-worker. Violation of this policy will result in appropriate action, which could include discipline up to, and including discharge.

DOE.DEF.008173

F.      An employee may file a complaint of discrimination, harassment, and/or retaliation in accordance with the City EEO Policy, including through notification to CFD supervisors, CFD's EEO Liaison (as designated by the Fire Commissioner), City of Chicago Department of Human Resources, or through the appropriate union grievance procedure.

G.      This policy will not limit, extend, replace or delay the right of any person to file a complaint with any federal, state or city agency having the authority to hear complaints of discrimination, harassment, and/or retaliation.

H.      The Department adopts the attached City EEO Policy in whole, and incorporates it by reference into this General Order.

## III. RESPONSIBILITIES

All employees of the Chicago Fire Department (uniform and civilian) are to comply with this policy as mandated by this order.

**BY ORDER OF:**

**Richard C. Ford II**
**Fire Commissioner**

**TO BE READ AT FOUR (4) ROLL CALLS AND POSTED.**

**Distribution: C**

DOE.DEF.008174



April 1, 2013

DEPARTMENT OF HUMAN RESOURCES
CITY OF CHICAGO

CITY OF CHICAGO DIVERSITY AND EQUAL EMPLOYMENT OPPORTUNITY POLICY

I. Statement of Purpose

The purpose of the City of Chicago Diversity and Equal Employment Opportunity Policy ("Policy") is to ensure the full and active participation of all employees in the City's workforce and provide an effective means for the resolution of complaints of discrimination and harassment brought by City employees.

This Policy is implemented and enforced by the Diversity and Equal Employment Opportunity Division ("the Diversity and EEO Division") of the Department of Human Resources ("DHR"). Through this Policy, the City seeks to recruit, nurture and retain a workforce that reflects the diversity of our communities.

The City of Chicago is an Equal Employment Opportunity employer and is committed to providing equal opportunity in its recruitment, hiring, promotions, and transfers, and in all other employment practices and decisions. The City of Chicago follows all applicable federal, state, local laws and ordinances prohibiting discrimination.

The City encourages its employees to raise any concerns regarding implementation of this Policy to the Diversity and EEO Division, or the appropriate person in a City department. Retaliation against any person who makes a report concerning potential violations of this Policy, or cooperates with or assists the Diversity and EEO Division in enforcing this Policy, is expressly forbidden pursuant to the terms of this and other city policies.

II. Prohibited Conduct

    a. Discrimination

The City of Chicago, through this Policy, the Chicago Municipal Code and its Human Rights Ordinance, prohibits discrimination based on race, color, sex, gender identity, age, religion, disability,[1] national origin, ancestry, sexual orientation, marital status, parental status, and military service or discharge status. This Policy prohibits discrimination which is based on actual or perceived membership in any of the foregoing protected groups.

    b. Sexual Harassment

---

[1] The City's procedures for requesting a Reasonable Accommodation for a disability as required by the Americans with Disabilities Act are set forth in a separate policy.

1

The City of Chicago, through this Policy, prohibits sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers or work in a hostile environment as a condition of employment.

Sexual harassment includes any unwelcome sexual advance, or request for sexual favors or conduct of a sexual nature when:
- submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment or receipt of City services;
- submission to or rejection of such conduct by an individual is used as the basis of an employment or service decision affecting the individual; or
- such conduct has the purpose or effect of interfering with the work performance of an employee or creating an intimidating, hostile or offensive work environment.

There is a broad range of conduct which can, in certain circumstances, be considered sexual harassment under this Policy. This includes, but is not limited to, sexually suggestive or offensive remarks, sexually suggestive pictures or graffiti, sexually suggestive gesturing, verbal harassment or abuse of a sexual nature, the displaying of sexual objects, requests for sexual favors, stalking, sexual assault, touching, patting, or pinching, sending sexually suggestive email or text messages, and accessing sexually suggestive sites on the Internet.

### c. Other Forms of Harassment
Harassment based on race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, military service or discharge status is also prohibited by this Policy.

### d. Retaliation
It is a violation of this Policy to retaliate against any person who asserts his or her rights by: 1) opposing discriminatory practices in the workplace; 2) complaining about conduct prohibited by this Policy; 3) complaining to, cooperating with or assisting the Diversity and EEO Division or a City department in resolving a complaint of discrimination.

Actions taken against an employee or applicant which may be considered retaliatory include, but are not limited to, refusal to hire, denial of promotion or job benefits, demotion, suspension or discharge, or any other actions affecting the terms and conditions of employment.

### III. Applicability
This Policy applies to volunteers and employees, whether paid or unpaid, of the City of Chicago, as well as applicants for City employment.

### IV. Limitations
Nothing in this Policy is intended to nor shall be construed to create a private right of action against the City of Chicago or any of its employees. Furthermore, no part of this Policy shall be construed to create contractual or other rights or expectations.

Nothing herein is intended to affect the right of any person to:
- make a charge of discrimination at the Chicago Commission on Human Relations or any local, state or federal agency with jurisdiction over such claims;
- raise a grievance under a collective bargaining agreement, or

2

DOE.DEF.008176

- consult a private attorney

A determination that this Policy has been violated is not a determination of discrimination, harassment or retaliation under federal, state, or local law. Conduct that may not be considered unlawful under applicable federal, state, or local law may nevertheless violate this Policy, and result in disciplinary action, up to and including discharge.

V. Responsibilities of the Deputy Commissioner for Diversity and Equal Employment Opportunity
The Deputy Commissioner for Diversity and Equal Employment Opportunity ("EEO Deputy") shall:
   a. Direct the implementation of this Policy
   b. Monitor the utilization of employees within all protected categories in an effort to identify unjustified underutilization that may constitute discrimination
   c. Conduct regular reviews of this Policy and implement revisions as needed

VI. Responsibilities of the EEO Officer
Under the supervision of the EEO Deputy, the Equal Employment Opportunity Officer ("EEO Officer"), shall:
   a. Manage the City's process for investigating and resolving complaints made pursuant to this Policy
   b. Assist departments with questions related to implementation of this Policy and respond to questions regarding diversity and inclusion
   c. Conduct training to ensure that all employees are aware of this Policy and that all Department Heads, Departmental Liaisons and Supervisors understand their role in implementing this Policy and promoting a fair and inclusive workplace.

VII. Responsibilities of Department Heads
Each Department head must take necessary steps to implement this Policy within his or her department; including designating a Departmental EEO Liaison and making efforts to ensure that the liaison fulfills the duties established in this Policy.

VIII. Responsibilities of Departmental EEO Liaisons
   a. Receiving complaints
EEO Liaisons must promptly report any complaints of discrimination, harassment or retaliation to the EEO Officer. Liaisons must also promptly report any conduct they become aware of which may constitute discrimination, harassment or retaliation, even if no employee reports or complains about the conduct.

EEO Liaisons must also advise employees of their right to contact the EEO Division directly with any complaints or concerns.

   b. Assisting with EEO Division investigations
Liaisons will assist with various aspects of the investigation process, such as scheduling time for employees to meet with EEO Division investigators, gathering documents pursuant to EEO Division requests and advising participants of the importance of confidentiality.

3

IX.  Responsibilities of Supervisors
      a.  Reporting potential violations

Any supervisor who becomes aware of conduct that may be considered discriminatory, harassing or retaliatory as stated in this Policy, must report such conduct to a Departmental Liaison, or to the EEO Officer or EEO Deputy.

A supervisor who is aware of, or reasonably should be aware of discriminatory, harassing or retaliatory conduct, whether or not any employee complains about such conduct, but fails to report it, may be subject to discipline.

      b.  Reporting voluntary relationships

While voluntary social relationships are not prohibited by this Policy, the existence of a dating relationship and/or a physically intimate relationship between a supervisor and subordinate has the inherent potential for coercion and conflicts of interest, and may create the appearance of impropriety. Therefore, any supervisor who has such a relationship with another City employee over whom he or she has any supervisory authority must report this fact to his or her Department Head in writing. Supervisors who fail to report such relationships may be subject to discipline.

X.  Making Complaints
      a.  Reporting prohibited conduct

Any employee or applicant for City employment who believes that he or she has been discriminated against, or harassed on the basis of race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military service or discharge status, or who claims to have suffered retaliation as described in Section II of this Policy, may file a complaint with the Diversity and EEO Division. Contact information for the Division appears at the end of this Policy and is available on the City's Intranet and Internet.

An employee or applicant may also report any conduct believed to be discriminatory, harassing or retaliatory to his or her department's EEO liaison. As stated in this Policy, EEO liaisons are obligated to inform the EEO Division of any such reports they receive.

      b.  Time Limits

In order to help ensure an effective investigation, employees should voice their complaints as soon as possible. By promptly making complaints, employees allow the Diversity and EEO Division to preserve relevant information and recommend remedial measures.

A complaint of discrimination or harassment must be filed within one year of the date of the last alleged act of discrimination or harassment. A complaint of retaliation must be filed within one year of the date of the action that is alleged to have been retaliatory.

The filing of a complaint with the EEO Division does not limit, extend, replace, or delay the right of any person to file a similar charge with the Chicago Commission on Human Relations or any local, state or federal agency having authority to hear matters of discrimination. Failure to file a complaint with the EEO Division does not impact the rights of any person to file a charge with any agency having authority to address such charges.

4

XI.   Investigation of Complaints
       a.   Initiating the investigation
Upon receiving any complaint or report of discrimination, the EEO Division will first determine whether the allegations, if true, would constitute a violation of this Policy. If the allegations presented, even if true, would not constitute a violation, the EEO Division will proceed with one of the options set forth in section XII of this Policy, Other Options for Resolution of Complaints.

In cases where the allegations, if true, describe conduct that would constitute a violation of this Policy, the EEO Division will assign the matter a case number and initiate an investigation. The EEO Officer or his or her designee shall direct the investigation of all complaints.[2]

Allegations of conduct that violates the Violence in the Workplace Policy which are included in complaints filed pursuant to this Policy shall be investigated contemporaneously. Accordingly, any investigation report prepared pursuant to this Policy shall address all relevant policies.

       b.   Duty to cooperate
All employees, including managers and supervisors, shall cooperate with EEO Division staff and departmental EEO Liaisons in the course of an investigation under this Policy. Failure to cooperate may subject an employee to discipline, as stated in the City of Chicago Personnel Rules.

In cases where the person making the complaint chooses not to pursue the matter or fails to cooperate with the EEO Division, the Division may nevertheless proceed with an investigation in order to determine if this Policy has been violated.

Any employee who knowingly makes a false accusation of discrimination, harassment or retaliation or knowingly provides false information in the course of an investigation, may be subject to discipline. A complaint made in good faith, even if found to be unsubstantiated, will not be considered a false accusation.

       c.   Investigation Reports
When the investigation is complete, the EEO Officer will prepare an Investigation Report containing a summary of the evidence, and a finding of whether a Policy violation has occurred. The report will state whether the allegations are "sustained" or "unsustained." In instances where the EEO Officer finds that the allegations are sustained, the Investigative Report shall indicate the specific portion of the Policy and related section of the Personnel Rules that have been violated, and shall make a recommendation of discipline to the relevant department.

All Investigation Reports will be sent to the relevant Department Head(s) with a copy to the departmental EEO liaison(s). In sustained cases, the Investigation Report will also be submitted to the Office of the Corporation Counsel and to the Commissioner of the Department of Human Resources.

---

[2] The EEO Officer may delegate certain procedures established in this Policy to an EEO Investigator.

DOE.DEF.008179

d. Notification of parties

The EEO Officer shall provide written notification to the complaining party ("Complainant") and the accused party ("Respondent") advising them of the outcome of the investigation. The departmental EEO Liaisons will be copied on this notification. The notification will not include the recommended discipline in sustained cases.

e. Departmental Response

Within 30 days of receiving an Investigation Report making a sustained finding, the Department Head will advise the EEO Officer in writing of the actions taken by the department. The Department Head will indicate whether he or she has followed the recommendation stated in the report, taken some other action or taken no action.

f. Confidentiality

All complaints and investigations will be kept confidential, to the extent possible. However, in certain circumstances the EEO Division is required by law to disclose information related to an investigation.

In order to maintain confidentiality, the EEO Division may limit the distribution of the Investigation Report and the investigative file. In sustained cases, the Division will provide a copy of the Investigation Report to the Respondent, upon Respondent's request.

XII. Other Options for Resolution of Complaints

a. Referral to the department

If the EEO Officer determines that the allegations of the complaint, even if true, would not violate this Policy, but describe conduct that may be of concern to the department, the complaint will be forwarded to the EEO Liaison for further review by the department.

b. Referral to the Inspector General's Office

If the allegations of a complaint describe conduct that is not covered by this Policy, but if true, may constitute other misconduct, the EEO Officer will advise the City of Chicago Office of Inspector General ("OIG") in writing.

c. Other alternatives, as appropriate

In appropriate situations, the Diversity and EEO Division will work with departments to address complaints through mediation, counseling, providing written guidance, or other courses of action as determined by the EEO Officer.

d. Complaints against City vendors

In cases alleging inappropriate conduct by individuals employed by City vendors or contractors, the EEO Officer will assist the department and affected City employees to be sure that any necessary mitigating actions are taken, although the Division's authority with respect to non-City employees may be limited.

6

XIII. Complaints concerning the Chicago Police Department or the Chicago Fire Department
Complaints concerning employees of the Chicago Police Department or the Chicago Fire Department must be made in accordance with the General Orders in effect in those departments.

XIV. Complaints involving members of the public
Complaints by members of the public alleging that a City employee acting in the scope of his or her employment has engaged in conduct that may violate this Policy should be made to the Office of the Inspector General. The EEO Division will refer such complaints to the OIG in writing.

A City employee who believes that he or she has been subjected to discrimination or harassment by a member of the public may report such conduct to the Chicago Commission on Human Relations or to any agency having authority to address such complaints.

XV. Penalties

Employees found to be in violation of this Policy will be subject to discipline, up to and including discharge.

XVI. Contacting the Diversity and EEO Division

Employees may contact the Diversity and EEO Division in person, by email or by phone, using the contact information below. Our office hours are 8:30 a.m. to 4:30 p.m.

City of Chicago Department of Human Resources
Diversity and Equal Employment Opportunity Division
121 N. LaSalle Street, Room 1100
Chicago, IL 60602
Phone (312)744-4224
Facsimile (312) 744-1521
TTY (312)744-5035
Email eeodiversity@cityofchicago.org

DOE.DEF.008181

# DECLARATION OF MARY SHERIDAN

## EXHIBIT 11



**DEPARTMENT OF HUMAN RESOURCES**
CITY OF CHICAGO

**Effective Date:** February 1, 2019

## CITY OF CHICAGO DIVERSITY AND EQUAL EMPLOYMENT OPPORTUNITY POLICY

**I.  Statement of Purpose**

The purpose of the City of Chicago Diversity and Equal Employment Opportunity Policy ("Policy") is to ensure the full and active participation of all employees in the City's workforce and provide an effective means for the resolution of complaints of discrimination and harassment.

This Policy is implemented and enforced by the Diversity and Equal Employment Opportunity Division ("the EEO Division") of the Department of Human Resources ("DHR"). Through this Policy, the City seeks to recruit, nurture and retain a workforce that reflects the diversity of our communities.

The City of Chicago is an Equal Employment Opportunity employer and is committed to providing equal opportunity or treatment in its recruitment, hiring, performance evaluations, promotions, demotions, transfers, discipline and termination and in all other employment practices and decisions. The City of Chicago follows all applicable federal, state, local laws, regulations and ordinances prohibiting discrimination and harassment in the workplace.

The City encourages its employees, volunteers and any other individuals to raise any concerns regarding implementation of this Policy to the Diversity and EEO Division, or the appropriate person in a City department. Retaliation against any person who makes a good faith report concerning potential violations of this Policy, or cooperates with or assists the Diversity and EEO Division in enforcing this Policy, is expressly forbidden pursuant to the terms of this and other City policies and ordinances.

**II.  Prohibited Conduct**

**a.  Discrimination**

The City of Chicago, through this Policy, the Chicago Municipal Code and its Human Rights Ordinance, prohibits discrimination based on race, color, sex, gender expression or identity, age, religion, disability,[1] national origin, ancestry, sexual orientation, marital status, parental status, military service or unfavorable discharge from military service and any other status or characteristic protected by federal, state or local law, regulation or ordinance. This Policy prohibits discrimination which is based on actual or perceived membership in any of the foregoing protected groups.

---

[1] The City's procedures for requesting a Reasonable Accommodation for a disability as required by the Americans with Disabilities Act are set forth in a separate policy.

1

**b. Sexual Harassment**

The City of Chicago prohibits sexual harassment. No person should be required to endure sexual harassment by supervisors or coworkers or as a condition of employment or as a condition of receiving City services.

Sexual harassment includes any unwelcome sexual advance, or request for sexual favors or conduct of a sexual nature when:

- submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment or receipt of City services;
- submission to or rejection of such conduct by an individual is used as the basis of an employment or service decision affecting the individual; or
- such conduct has the purpose or effect of interfering with the work performance of an employee or volunteer or creating an intimidating, hostile or offensive work environment.

There is a broad range of conduct which may, in certain circumstances, be considered sexual harassment under this Policy. Examples of such conduct include, but are not limited to, sexually suggestive or offensive remarks, sexually suggestive pictures or graffiti, sexually suggestive gesturing, verbal harassment or abuse of a sexual nature, the displaying of sexual objects, implicit or explicit requests for sexual favors, repeated requests for dates that are unwelcome, stalking, sexual assault, touching, patting, or pinching, sending sexually suggestive email or text messages, and displaying sexually suggestive sites on the Internet.

Elected officials who engage in conduct alleged to constitute sexual harassment may be investigated pursuant to the Governmental Ethics Ordinance. Complaints of sexual harassment committed by an elected official may be reported to the Board of Ethics or to the Office of Inspector General ("OIG").

**c. Other Forms of Harassment**

Harassment based on race, color, sex, gender expression or identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military service or unfavorable discharge from military service and any other status or characteristic protected by federal, state or local law, regulation or ordinance is also prohibited by this Policy.

**d. Retaliation**

It is a violation of this Policy to retaliate against any person who in good faith asserts his or her rights by: 1) opposing discriminatory practices in the workplace; 2) complaining about conduct prohibited by this Policy; 3) complaining to, cooperating with or assisting the Diversity and EEO Division or a City department in resolving a complaint of discrimination.

Actions which may be considered retaliatory include, but are not limited to, refusal to hire, denial of promotion or job benefits, demotion, suspension or discharge, or any other actions affecting material terms and conditions of employment or the receipt of City services.

In addition, the following state and City statutes and ordinances prohibit retaliation against individuals for opposing or disclosing discrimination and/or harassment: the Illinois Whistleblower Act (740 ILCS 174/ 1, et seq.), the Illinois Human Rights Act (775 ILCS 5/6-101),

2

3054 Document #: 297-28 Filed: 11/20/19 Page 93 of 104 PageID #:3163

the State Officials and Employees Ethics Act (5 ILCS 430/15), and the City's Governmental Ethics Ordinance §2-156-019, Municipal Code of Chicago.

**III.    Applicability**
This Policy applies to volunteers and employees, whether paid or unpaid, of the City of Chicago, as well as applicants for City employment.  This Policy also applies to the employees of vendors or contractors engaged by the City of Chicago and members of the public. Complaints made by or against employees of vendors or contractors and members of the public will be handled as set forth in sections XIV and XV of this Policy.

Employees of the Chicago Police Department ("CPD") must make complaints in accordance with the General Orders in effect at CPD.

**IV.    Limitations**
Nothing in this Policy is intended to nor shall be construed to create a private right of action against the City of Chicago or any of its employees. Furthermore, no part of this Policy shall be construed to create contractual or other rights, obligations, or expectations.
Nothing herein is intended to affect the right of any person to:
- make a charge of discrimination at the Chicago Commission on Human Relations or any local, state or federal agency with jurisdiction over such claims;
- raise a grievance under a collective bargaining agreement; or
- consult a private attorney.

A determination that this Policy has been violated is not a determination of unlawful discrimination, harassment or retaliation under federal, state, or local law. Conduct that may not be considered unlawful under applicable federal, state, or local law may nevertheless violate this Policy, and result in disciplinary action, up to and including discharge.

**V.     Responsibilities of the Deputy Commissioner for Diversity and Equal Employment Opportunity**
The Deputy Commissioner for Diversity and Equal Employment Opportunity ("EEO Deputy") shall:
   a. Direct the implementation of this Policy;
   b. Monitor the utilization of employees within all protected categories in an effort to identify unjustified underutilization that may constitute discrimination; and
   c. Conduct regular reviews of this Policy and implement revisions as needed.

**VI.    Responsibilities of the EEO Officer**
Under the supervision of the EEO Deputy, the Equal Employment Opportunity Officer ("EEO Officer") shall:
   a. Manage the City's process for investigating and resolving complaints made pursuant to this Policy;
   b. Assist departments with questions related to implementation of this Policy and respond to questions regarding diversity and inclusion; and

3

DOE.DEF.013946

    c.  Conduct training to ensure that all employees and volunteers are aware of this Policy and that all Department Heads, Departmental Liaisons and Supervisors understand their role in implementing this Policy and promoting a fair and inclusive workplace.

**VII.**   **Responsibilities of Department Heads**

Each Department head must take necessary steps to implement this Policy within his or her department, including designating a Departmental EEO Liaison and making efforts to ensure that the liaison fulfills the duties established in this Policy. Department heads must also adhere to the responsibilities set forth below for all other supervisory employees.

**VIII.**   **Responsibilities of Departmental EEO Liaisons**

   **a.**  **Receiving Complaints**

EEO Liaisons must promptly report any complaints of discrimination, harassment or retaliation to the EEO Officer or the EEO Deputy. Liaisons must also promptly report any conduct they become aware of which may constitute discrimination, harassment or retaliation, even if no one has reported or complained about the conduct. EEO Liaisons must also provide contact information for the EEO Division as needed.

   **b.**  **Assisting with EEO Division Investigations**

Liaisons will assist with various aspects of the investigation process, such as scheduling time for employees or volunteers to meet with EEO Division investigators, gathering documents pursuant to EEO Division requests and advising participants of the importance of confidentiality.

Promoting confidentiality supports DHR's goal of conducting thorough, effective investigations. EEO Liaisons should take steps to limit disclosure of information about the investigation beyond anyone who has a need to know, and should discourage unnecessary discussion of EEO complaints or investigations.

**IX.**   **Responsibilities of Supervisors**

   **a.**  **Reporting Potential Violations**

Any supervisor who becomes aware of conduct that may be considered discriminatory, harassing or retaliatory as stated in this Policy must promptly report such conduct to a Departmental Liaison, or to the EEO Officer or EEO Deputy.

A supervisor who is aware of, or reasonably should be aware of, discriminatory, harassing or retaliatory conduct, whether or not anyone has reported or complained about such conduct, but fails to promptly report it, may be subject to discipline.

   **b.**  **Reporting Voluntary Relationships**

While voluntary social relationships are not prohibited by this Policy, the existence of a dating relationship and/or a physically intimate relationship between a supervisor and subordinate has the inherent potential for coercion and conflicts of interest, and may create the appearance of impropriety. Therefore, any supervisor who has such a relationship with another City employee or volunteer over whom he or she has any supervisory authority must report this fact to his or

4

her Department Head in writing. Supervisors who fail to report such relationships may be subject to discipline.

## X. Making Complaints

### a. Reporting Prohibited Conduct

Any employee, volunteer, or applicant for City employment who believes that he or she has been discriminated against or harassed in violation of this Policy, or who claims to have suffered retaliation as described in this Policy, may file a complaint with the Diversity and EEO Division. Contact information for the Division appears at the end of this Policy and is available on the City's Intranet and Internet.

An employee, volunteer, or applicant may also report any conduct believed to be discriminatory, harassing or retaliatory to his or her department's EEO Liaison. As stated in this Policy, EEO Liaisons are obligated to inform the EEO Division of any such reports they receive. Other individuals may report prohibited conduct by contacting the EEO Division or the OIG using the contact information at the end of this Policy.

Persons who believe they are victims of sexual harassment by a City elected official may report the matter to the Board of Ethics or to the OIG.

### b. Time Limits

In order to help ensure an effective investigation, complaints should be made as soon as possible after the conduct occurs. When complaints are made promptly, the EEO Division can more effectively preserve relevant information and recommend remedial measures.

A complaint of discrimination or harassment under this Policy must be filed within one year of the date of the last alleged act of discrimination or harassment. A complaint of retaliation under this Policy must be filed within one year of the date of the action that is alleged to have been retaliatory.

The reporting of conduct to an EEO Liaison or the filing of a complaint with the EEO Division does not affect the rights of any person to file a similar complaint or charge with the Chicago Commission on Human Relations or any local, state or federal agency or court having authority to hear matters of discrimination, harassment, or retaliation. However, the reporting of conduct to an EEO Liaison or the filing of a complaint with the EEO Division also does not replace, modify, or extend any deadlines by which a similar complaint or charge must be filed with any other agency or court. Failure to report conduct to an EEO Liaison or to file a complaint with the EEO Division does not affect the rights of any person to file a complaint or charge with any agency or court having authority to address such complaints or charges.

## XI. Resolution of Complaints

### a. Initiating an Investigation

Any complaints made by employees of City of Chicago vendors or contractors, or members of the public will be forwarded to the OIG as set forth in sections XIV and XV of this Policy.

5

For complaints made by City employees or volunteers, upon receiving any complaint or report of discrimination, harassment, or retaliation, the EEO Division will first determine whether the allegations, if true, would constitute a violation of this Policy.   If the allegations presented, even if true, would not constitute a violation, the EEO Division may proceed with other options as set forth in this Policy.

In cases where the allegations, if true, describe conduct that would constitute a violation of this Policy, the EEO Division will assign the matter a case number and initiate an investigation. The EEO Officer or his or her designee shall direct the investigation of all complaints.[2]  In certain cases and as warranted, the EEO Division may utilize other non-investigatory options to address and resolve complaints, as described in this Policy.

Allegations of conduct that violates the Violence in the Workplace Policy which are included in complaints filed pursuant to this Policy shall be investigated contemporaneously by the EEO Division.  Accordingly, any investigation report prepared pursuant to this Policy shall address all relevant policies.

**b. Referral to the Department**
If the EEO Officer determines that the allegations of the complaint, even if true, would not violate this Policy, but describe conduct that may be of concern to the department, the complaint will be forwarded to the EEO Liaison for further review by the department.

**c. Referral to the Inspector General's Office**
If the allegations of a complaint describe conduct that is not covered by this Policy, but if true, may constitute other misconduct, the EEO Officer will advise the OIG in writing. The EEO Officer will also forward matters involving individuals not employed by the City of Chicago to the OIG, as set forth in sections XIV and XV of this Policy.

**d. Other Alternatives, as appropriate**
In appropriate situations, in addition to or in lieu of investigatory options, the Diversity and EEO Division will work with departments to address complaints through counseling, providing written guidance, or other courses of action as determined by the EEO Officer.

**e. Complaints Concerning the Chicago Police Department**
Complaints concerning employees of the Chicago Police Department (CPD) must be made in accordance with the General Orders in effect at CPD.

**XII.  Duty to Cooperate**
All employees, including managers and supervisors, and volunteers, shall cooperate with EEO Division staff and departmental EEO Liaisons in the course of an investigation under this Policy. Failure to cooperate may subject an employee or volunteer to discipline, as stated in the City of Chicago Personnel Rules.

---

[2] The EEO Officer may delegate certain procedures established in this Policy to an EEO Investigator.

6

In cases where the person making the complaint chooses not to pursue the matter or fails to cooperate with the EEO Division, the Division may nevertheless proceed with an investigation in order to determine if this Policy has been violated.

Any employee or volunteer who knowingly makes a false accusation of discrimination, harassment or retaliation or knowingly provides false information in the course of an investigation, may be subject to discipline. A complaint made in good faith, even if found to be unsubstantiated, will not be considered a false accusation.

XIII.    **Investigation Reports and Communication with Parties**
When the investigation is complete, the EEO Officer will prepare an Investigation Report containing a summary of the evidence, and a finding of whether a Policy violation has occurred. The report will state whether the allegations are "sustained" or "unsustained." In instances where the EEO Officer finds that the allegations are sustained, the Investigative Report shall indicate the specific portion of the Policy and related section of the Personnel Rules that have been violated, and shall make a recommendation of discipline to the relevant department.

All Investigation Reports will be sent to the relevant Department Head(s) with a copy to the departmental EEO Liaison(s). In sustained cases, the Investigation Report will also be submitted to the Office of the Corporation Counsel and to the Commissioner of the Department of Human Resources.

a.    **Notification of Parties**
The EEO Officer shall provide written notification to the complaining party ("Complainant") and the accused party ("Respondent") advising them of the outcome of the investigation. The departmental EEO Liaisons will be copied on this notification. The notification will not include the recommended discipline in sustained cases.

b.    **Departmental Response**
Within 30 days of receiving an Investigation Report making a sustained finding, the Department Head will advise the EEO Officer in writing of the actions taken by the department. The Department Head will indicate whether he or she has followed the recommendation stated in the report, taken some other action or taken no action.

c.    **Confidentiality**
All complaints and investigations will be kept confidential, to the extent possible. However, in certain circumstances the EEO Division is required by law to disclose information related to an investigation.

In order to maintain confidentiality, the EEO Division may limit the distribution of the Investigation Report and the investigative file. In sustained cases, the Division will provide a copy of the Investigation Report to the Respondent, upon Respondent's request.

XIV.    **Complaints Involving City Contractors or Vendors**
a.    **Complaints by Contractors or Vendors**
Complaints made by individuals employed by a vendor or contractor engaged by the City of Chicago alleging that a City employee acting in the scope of his or her employment has engaged

7

in conduct that may violate this Policy should be made to the OIG and will be investigated or otherwise addressed by that office. The EEO Division will refer such complaints to the OIG in writing.

**b. Complaints against City Contractors or Vendors**
In response to Complaints by City of Chicago employees or volunteers alleging inappropriate conduct by individuals employed by City vendors or contractors, the EEO Officer will take reasonable steps to assist the department and affected City employees or volunteers to ensure that all appropriate necessary mitigating actions are taken.

Complaints by members of the public alleging inappropriate conduct by individuals employed by City vendors or contractors should be made to the OIG and will be investigated or otherwise addressed by that office. The EEO Division will refer such complaints to the OIG in writing.

**XV.    Complaints Involving Members of the Public**
**a. Complaints by Members of the Public**
Complaints by members of the public alleging that a City employee acting in the scope of his or her employment has engaged in conduct that may violate this Policy should be made to the OIG and will be investigated or otherwise addressed by that office. The EEO Division will refer such complaints to the OIG in writing.

**b. Complaints against members of the Public**
Complaints from City employees or volunteers who believe they have been subjected to discrimination or harassment by a member of the public should be made to the Chicago Commission on Human Relations or to any agency having authority to address such complaints. The EEO Officer will take reasonable steps to assist the department and affected City employees or volunteers to ensure that all appropriate necessary mitigating actions are taken.

**XVI.    Penalties**
Employees or volunteers found to be in violation of this Policy may be subject to discipline, up to and including discharge. Violations of this Policy may include failure to report potential violations or voluntary relationships, as set forth in Section IX above, and failure to cooperate in the course of an investigation, as set forth in Section XII of this Policy.

**XVII.    Contact Information**

**EEO Division**
City of Chicago Department of Human Resources
Diversity and Equal Employment Opportunity Division
121 N. LaSalle Street, Room 1100
Chicago, IL 60602
Phone: (312) 744-4224
Facsimile: (312) 744-1521
TTY: (312) 744-5035
Email: eeodiversity@cityofchicago.org

DOE.DEF.013951

**Office of Inspector General**

City of Chicago Office of Inspector General
740 N. Sedgwick St., Suite 200
Chicago, IL 60654
Phone: (773) 478-7799 or (866) IG-TIPLINE
TTY: (773) 478-2066
Facsimile (773) 478-3949
Website: http://chicagoinspectorgeneral.org

**Board of Ethics**

City of Chicago Board of Ethics
740 N. Sedgwick St., 5th Floor
Chicago, IL 60654
Phone: (312) 744-9660
TTY: (312) 744-5996
Facsimile: (312) 744-2793
Email: Steve.Berlin@cityofchicago.org

9

# DECLARATION OF MARY SHERIDAN

# EXHIBIT 12

CONFIDENTIAL: SUBJECT TO PROTECITVE ORDER

**From:** Hogan, Janice
**Sent:** Friday, November 10, 2017 9:49 AM CST
**To:** Malec, Steven <Steven.Malec@cityofchicago.org>
**Subject:** Fwd: PFC Raney detail

Do you know anything about this (or next email)?   Guess the Asst. Comm. of IAD and the Discipline Officer/L2 Liaison don't need to know about a DHR investigation or why members are detailed out.....

Sent from my iPhone

Begin forwarded message:

> **From:** "Vasquez, Anthony" <Anthony.Vasquez@cityofchicago.org>
> **Date:** November 10, 2017 at 9:41:22 AM CST
> **To:** "Hogan, Janice" <Janice.Hogan@cityofchicago.org>
> **Subject:** Fwd: PFC Raney detail
>
>
> FYI
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "Vasquez, Anthony" <Anthony.Vasquez@cityofchicago.org>
> > **Date:** November 10, 2017 at 2:21:30 AM CST
> > **To:** "Mcgill, John" <John.McGill@cityofchicago.org>
> > **Subject:** Re: PFC Raney detail
> >
> > John,
> >
> > He's under investigation and needs to to moved from his current assignment/platoon.   2-1-3 directed Mary to move him until DHR's completes their investigation.
> >
> > Tony
> >
> > Sent from my iPhone
> >
> > On Nov 9, 2017, at 9:59 PM, Mcgill, John <John.McGill@cityofchicago.org> wrote:
> >
> > > FYI... I'm unclear on this
> > >
> > > John McGill
> > > Deputy District Chief
> > > Manpower Division
> > > 3510 S Michigan Flr 2
> > > 312.745.4220
> > > 773.891.7026
> > >
> > > Sent from my City iPhone
> > >
> > > Begin forwarded message:
> > >
> > > > **From:** "Sheridan, Mary" <Mary.Sheridan@cityofchicago.org>
> > > > **Date:** November 9, 2017 at 7:23:57 PM CST
> > > > **To:** "Ford, Richard" <Richard.FordII@cityofchicago.org>, "Bryant, Adrianne" <Adrianne.Bryant@cityofchicago.org>, "DeCamp, Aaron" <Aaron.Decamp@cityofchicago.org>
> > > > **Cc:** "Mcgill, John" <John.McGill@cityofchicago.org>, "SODERLUND, CHRISTOPHER" <CHRISTOPHER.SODERLUND@cityofchicago.org>, "Malone, Karen" <Karen.Malone@cityofchicago.org>, "Calvillo, Antonio" <Antonio.Calvillo@cityofchicago.org>, "Zaentz, Jonathan" <Jonathan.Zaentz@cityofchicago.org>, "Hernandez, Juan" <Juan.Hernandez@cityofchicago.org>
> > > > **Subject:** PFC Raney detail



EXHIBIT
Ford
1
3-28-19 JCB

DOE.DEF.010075

CONFIDENTIAL: SUBJECT TO PROTECITVE ORDER

PFC Raney (451 EMS 3) is now detailed to 458 EMS 4 until further notice. He will report to 458 Friday November 10th. He was informed of this detail by myself in the presence of 4411 Jon Zaentz.

PFC Raney reported to the Quinn Fire Academy for Active Shooter training at 07:30 this am and then met with me and Zaentz until 14:00 hrs today. He is entitled to 6.5 hours of overtime for today. He will complete an overtime form and submit it through channels. This OT is not UASI funded

Raney's remaining furlough should remain the same, reflecting the new date of Nov 30, rather than 3rd platoon Nov 29th.

Mary Sheridan
Assistant Deputy Fire Commissioner
Chicago Fire Department
Bureau of Operations  Emergency Medical Services
(312) 745-4211  (312)735-2351 (mobile)
Mary.sheridan@cityofchicago.org

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

DOE.DEF.010076

# DECLARATION OF MARY SHERIDAN

## EXHIBIT 13

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

**From:** Sheridan, Mary <Mary.Sheridan@cityofchicago.org>
**Sent:** Friday, November 10, 2017 3:27 AM UTC
**To:** Ford, Richard <Richard.FordII@cityofchicago.org>; Bryant, Adrianne <Adrianne.Bryant@cityofchicago.org>; DeCamp, Aaron <Aaron.Decamp@cityofchicago.org>
**CC:** Mcgill, John <John.McGill@cityofchicago.org>; SODERLUND, CHRISTOPHER <CHRISTOPHER.SODERLUND@cityofchicago.org>; Malone, Karen <Karen.Malone@cityofchicago.org>; Schomer, Fred <Fred.Schomer@cityofchicago.org>; Hernandez, Juan <Juan.Hernandez@cityofchicago.org>; Roccasalva, Joseph J. <Joseph.Roccasalva@cityofchicago.org>
**Subject:** AC George Bedon Detail

Effective immediately, AC George Bedon (A53 EMS 4) will be detailed from his assignment to Field Div South on EMS 3 until further notice. There is an opening (projected rehire?) at Amb 5 for 09/13, and he can be plugged into that spot.
It does not appear to me that there is a FDS AC vacancy on EMS 3, but I will defer to manpower central to make that determination. On Monday, I will discuss the logistics of the detail with Chief Roccasalva and Manpower.
I will meet with Bedon at his assignment to notify him of this detail at 07:00 Nov 10. 4411 Schomer will be there as witness. Bedon is entitled to 4 hours straight time pay Friday Nov 10.


Mary Sheridan
Assistant Deputy Fire Commissioner
Chicago Fire Department
Bureau of Operations Emergency Medical Services
(312) 745-4211 (312)735-2351 (mobile)
Mary.sheridan@cityofchicago.org



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.



DOE.DEF.006346