UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jane Doe 1, et al.
                Plaintiff,

v.                                     Case No.: 1:18−cv−03054
                                          Honorable Ronald A. Guzman

City of Chicago
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 15, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Virtual settlement conference for Jane Does 4 and 5 set for March 15, 2021 at 9:30 a.m. Plaintiffs' settlement letter is due 3/1/2021. Defendant's settlement letter is due 3/8/2021. Further details will be sent by the Courtroom Deputy closer to the conference date. The Court also expects the supplemental settlement letters to contain new offers and responses within the range discussed with the parties during the phone conferences. Parties are reminded that Magistrate Judge Harjani requires compliance with his Standing Order for Settlement Conference, which is available on the Court's website at www.ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.